UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00249-MWC-1 Date: 06/05/2025

Present: The Honorable: Margo A. Rocconi, United States Magistrate Judge

Interpreter N/A Language N/A

| Valerie Velasco | CS 06/05/2025 | Yervant P. Hagopian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s) ✓ Present Released on Bond

Shukimba Malik Carlis

Attorneys for Defendants: ✓ Present Retained

Ninaz Saffari

**Proceedings: Arraignment of Defendant and/or** ✓ **Assignment of Case** **Initial Appearance** **Appointment of Counsel**

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Michelle Williams Court.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 07/28/2025 8:30 AM;
Pre-Trial Conference: 07/18/2025 10:00 AM
* The last day to hear motions is the same date and time as the Final Pretrial Conference. A Joint Report is due 14 days from the PIA hearing. The parties are referred to Judge Court's Procedures and Schedules to obtain a copy of the Judge's Criminal Standing Order located on the Court's website at www.cacd.uscourts.gov/honorable-michelle-williams-court. Judge Court is located in 6A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA, PSAED, PSASA, USMLA, USMED, USMSA, Statistics Clerk, Interpreter, CJA Supervising Attorney, Fiscal

**Initial Appearance/Appointment of Counsel:** 00 : 00

**Arraignment:** 00 : 03

**Initials of Deputy Clerk:** VV by TRB