**SAFFARI LAW GROUP**
NINAZ SAFFARI (SBN # 235811)
8383 Wilshire Blvd., Suite 830
Beverly Hills, CA 90211
Telephone: (310) 592-0247
Facsimile: (213) 402-2953
Email: ninaz@saffarilaw.com

Attorney for Defendant
SHUKIMBA MALIK CARLIS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHUKIMBA MALIK CARLIS and SOFIA VANESSA HERRERA,<br><br>    Defendants. | Case No.: 2:25-cr-00249-MWC<br>Assigned to: Hon. Michelle Williams Court<br>Dept.: 6A<br><br>**STIPULATION REGARDING REQUEST FOR CONTINUANCE OF SENTENCING HEARING**<br><br>Current Hearing: July 24, 2026<br>Time: 10:00 a.m.<br>Proposed Continued Hearing: October 2, 2026 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Thi Hoang Ho, and defendant SHUKIMBA MALIK CARLIS ("defendant"), both individually and by and through her counsel of record, Ninaz Saffari ("Ms. Saffari"), hereby stipulate as follows:

1.  The Sentencing Hearing in this case is currently scheduled to be held on July 24, 2026.

2.  By this Stipulation, the parties jointly move to continue the Sentencing Hearing to October 2, 2026.

---

1

**STIPULATION REGARDING REQUEST FOR CONTINUANCE OF SENTENCING HEARING**

3. The request for the continuance is based upon the following facts, which the parties believe demonstrate good cause therefor:

4. Defendant has been extremely ill with a severe flu followed by a sinus infection, which has rendered her bedridden for over a month.

5. Ms. Saffari requires the requested continuance to allow sufficient time for defendant to recover so she can provide Ms. Saffari information to prepare a sentencing memorandum and to prepare for the sentencing hearing.

IT IS SO STIPULATED.

Dated: June 23, 2026          Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division


            /s/
THI HOANG HO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: June 17, 2026          **SAFFARI LAW GROUP**

Ninaz Saffari
Attorney for Defendant
SHUKIMBA MALIK CARLIS

///

2

**STIPULATION REGARDING REQUEST FOR CONTINUANCE OF SENTENCING HEARING**

**CERTIFICATION OF DEFENDANT'S ATTORNEY**

I am Shukimba Malik Carlis's attorney.  I have carefully discussed every part of this stipulation and the continuance of the sentencing hearing with my client.

Dated: June 17, 2026    **SAFFARI LAW GROUP**

_____

Ninaz Saffari
Attorney for Defendant
SHUKIMBA MALIK CARLIS

**CERTIFICATION OF DEFENDANT**

I have read this stipulation and have carefully discussed it with my attorney. I understand that I will be ordered to appear in Courtroom 6A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 2, 2026 at 10:00 a.m. for the Sentencing Hearing in this matter.

Dated: June 18, 2026    _____

SHUKIMBA MALIK CARLIS
Defendant

**STIPULATION REGARDING REQUEST FOR CONTINUANCE OF SENTENCING HEARING**