**SAFFARI LAW GROUP**
NINAZ SAFFARI (SBN # 235811)
8383 Wilshire Blvd., Suite 830
Beverly Hills, CA 90211
Telephone: (310) 592-0247
Facsimile: (213) 402-2953
Email: ninaz@saffarilaw.com

Attorney for Defendant
SHUKIMBA MALIK CARLIS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:25-cr-00249-MWC |
| ) | Assigned to: Hon. Michelle Williams Court |
| Plaintiff, ) | Dept.: 6A |
| ) | |
| vs. ) | **[PROPOSED ORDER] CONTINUING SENTENCING HEARING** |
| ) | |
| SHUKIMBA MALIK CARLIS and SOFIA ) | Current Hearing: July 24, 2026 |
| VANESSA HERRERA, ) | Time: 10:00 a.m. |
| ) | Proposed Continued Hearing: October 2, 2026 |
| Defendants. ) | |

The Court has read and considered the Stipulation Regarding Request for Continuance of Sentencing Hearing filed by plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Thi Hoang Ho, and defendant Shukimba Malik Carlis ("defendant"), both individually and by and through her counsel of record, Ninaz Saffari, in this matter on June __, 2026.

The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing hearing in this matter is continued from July 24, 2026 to October 2, 2026.

IT IS SO ORDERED.

Dated: _____                _____
                                        HONORABLE MICHELLE WILLIAMS COURT
                                        UNITED STATES DISTRICT JUDGE

Presented by:

  /s/
_____
THI HOANG HO
Assistant United States Attorney

**[PROPOSED] ORDER CONTINUING SENTENCING HEARING**