# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:25-cr-00249-MWC |
| | ) Assigned to: Hon. Michelle Williams |
| Plaintiff, | ) Court |
| | ) Dept.: 6A |
| vs. | ) |
| | ) **ORDER CONTINUING** |
| SHUKIMBA MALIK CARLIS and | ) **SENTENCING HEARING (DKT.** |
| SOFIA VANESSA HERRERA, | ) **47)** |
| | ) |
| Defendants. | ) Current Hearing: July 24, 2026 |
| | ) Time: 10:00 a.m. |
| | ) Proposed Continued Hearing: October |
| | ) 2, 2026 |

The Court has read and considered the Stipulation Regarding Request for Continuance of Sentencing Hearing filed by United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Thi Hoang Ho, and defendant Shukimba Malik Carlis, both individually and by and through her counsel of record, Ninaz Saffari, in this matter on July 2, 2026. *See* Dkt. # 47.

The Court finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing in this matter. Accordingly, for good cause shown, the Court **GRANTS** the Stipulation and **CONTINUES** the sentencing hearing with respect to Shukimba Malik Carlis from July 24, 2026, to October 2, 2026.

**IT IS SO ORDERED.**

Dated: July 6, 2026

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE