**SAFFARI LAW GROUP**
NINAZ SAFFARI (SBN # 235811)
8383 Wilshire Blvd., Suite 830
Beverly Hills, CA 90211
Telephone: (310) 592-0247
Facsimile: (213) 402-2953
Email: ninaz@saffarilaw.com

Attorneys for Defendant
SHUKIMBA MALIK CARLIS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHUKIMBA MALIK CARLIS and SOFIA VANESSA HERRERA,<br><br>Defendants. | Case No.: 2:25-cr-00249-MWC<br>Assigned to: Hon. Michelle Williams Court<br>Dept.: 6A<br><br>**STIPULATION REGARDING REQUEST FOR CONTINUANCE OF SENTENCING HEARING**<br><br>Current Hearing: October 2, 2026<br>Time: 10:00 a.m.<br>Proposed Continued Hearing: November 20, 2026 |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Thi Hoang Ho, and defendant SHUKIMBA MALIK CARLIS ("defendant"), both individually and by & through her counsel of record, Ninaz Saffari ("Ms. Saffari"), hereby stipulate as follows:

1. The Sentencing Hearing in this case is currently scheduled to be held on October 2, 2026.
2. By this Stipulation, the parties jointly move to continue the Sentencing Hearing to November 20, 2026.
3. Defendant's request for the continuance is based upon the following facts, which she represents demonstrate good cause therefor:

4. Ms. Saffari currently has two (2) criminal jury trials (all serious felonies/Strike offenses) and a competency trial scheduled over the next three (2) months: (1) *People v. Rubio* (San Bernardino County case no. FWV23001304, the Hon. Richard Peel, Dept. R-15) – a Lewd Acts On a Child Under 14 trial to begin on September 25th and estimated to take two weeks; (2) *People v. Hermosillo* (Santa Clara County case no. F2200546, the Hon. Paul Bernal, Dept. 24) – a Competency trial scheduled to begin on October 5th (but which will get pushed if the *Rubio* trial goes to October 5th – in other words, Ms. Saffari will have back-to-back trials); and (3) *People v. Hicks* (Los Angeles County case no. LA099282, the Hon. Richard H. Kirschner, Dept. NWG) – a Rape trial scheduled to begin on November 2nd and estimated to take two weeks.
5. In addition, defendant has been delayed in gathering and preparing her sentencing materials, including but not limited to assisting Ms. Saffari with the pre-sentence and mitigation packets. Specifically, since her pre-sentence interview in May, she has been going through an extraordinary amount personally and professionally. She lost her home to foreclosure and had to pack and move out of a home she had lived in for more than 20 years within a very short period of time. At the same time, she has been dealing with her Bipolar son's mental health and legal issues, multiple court appearances, as well as the CASOMB complaint involving her professional certification. The final CASOMB hearing is September 11th, when a final determination will be made as to whether she will be able to retain her certification.

IT IS SO STIPULATED.

Dated: September 15, 2026

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Assistant United States Attorney &
Chief, Criminal Division

/s/
THI HOANG HO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: September 15, 2026

**SAFFARI LAW GROUP**

Ninaz Saffari
Attorneys for Defendant
SHUKIMBA MALIK CARLIS

///

## CERTIFICATION OF DEFENDANT'S ATTORNEY

I am Shukimba Malik Carlis's attorney. I have carefully discussed every part of this stipulation and the continuance of the sentencing hearing with my client.

Dated: September 15, 2026

**SAFFARI LAW GROUP**

Ninaz Saffari
Attorneys for Defendant
SHUKIMBA MALIK CARLIS

## CERTIFICATION OF DEFENDANT

I have read this stipulation and have carefully discussed it with my attorney. I understand that I will be ordered to appear in Courtroom 6A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on November 20, 2026 at 10:00 a.m. for the Sentencing Hearing in this matter.

Dated: September 15 , 2026

SHUKIMBA MALIK CARLIS
Defendant