UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHUKIMBA MALIK CARLIS,

Defendant.

2:25-cr-00249-MWC-1

**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (DKT. [52])**

The Court has reviewed the parties' stipulation to continue the sentencing hearing date of Defendant Shukimba Malik Carlis (the "Stipulation"). Dkt. # 52. Having reviewed the Stipulation, and good cause appearing therefor, the Court **GRANTS** the Stipulation and **CONTINUES** Defendant's Sentencing to Friday, November 20, 2026, at 10:00 a.m. in Courtroom 6A.

**IT IS SO ORDERED.**

Dated: September 16, 2026

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE