# EXHIBIT F

CONTROLLED

## REPORT OF INVESTIGATION

U.S. Department of Labor
Office of Inspector General

| | | | | | |
|---|---|---|---|---|---|
| **Case Title:** | AFSCME Local 2620 | **Violations:** | **Written By:** | SA Ivan Anguiano |
| **Case #:** | I22910037464-J | 18 USC 1344 | **Date Written:** | October 24, 2024 |
| **Report Type:** | Report of Interview | | **Office:** | Los Angeles, CA |
| **Subject Name:** | Sofia Herrera | | **Reviewed By:** | Michael Blas, ASAC |
| **Interview Date:** | October 23, 2024 | | **Approved By:** | Michael Blas, ASAC |

**Distribution:**
Case File; ASAC

***This memorandum is not an official report of the interview. Rather, this report serves as a memorandum to summarize portions of a recorded interview. This report may not include exact quotes, and may, in fact, omit some information. The audio recording, or any official transcript produced of the recording, is the official record of the interview.***

On October 23, 2024, Special Agent (SA) Ivan Anguiano with the United States Department of Labor – Office of Inspector General (OIG) and Investigator (INV) Ryan Vescera with the U.S. Department of Labor – Office of Labor-Management Standards (OLMS) interviewed former American Federation of State, County, and Municipal Employees Local 2620 (AFSCME Local 2620) Treasurer Sofia Herrera (Herrera) at 6801 Leisure Town Rd, Apt 53, Vacaville, CA 95688. Herrera provided the following information:

Herrera claims that she was unaware of the judicial hearings within AFSCME Local 2620 regarding Herrera and former AFSCME Local 2620 President Shakimba Carlis. SA Anguiano explained the nature of the interview and showed Herrera a copy of Louie Vuitton's transaction receipt. SA Anguiano explained that the transaction shows Shakimba Carlis on the document but is charged to Herrera's credit card. Herrera stated that the credit cards were " used interchangeably (Attachment 1)."

SA Anguiano showed Herrera transactions that were used to purchase various retail items. Herrera stated that the union allowed them to buy items for themselves for union purposes. Herrera also stated that she was not given the opportunity to conduct an audit of the union finances to provide the receipts of the transactions. Herrera stated that "there are personal budgets, and the president and the treasurer can do whatever she needs to do to present well." Herrera stated that she had receipts for some items purchased but would have to find them. Herrera stated that she and Shakimba traveled a lot and were allowed to purchase clothing and luggage for union purposes (Attachment 2).

Herrera stated that she did not purchase or own any Louie Vuitton items. She also stated that she did not go to the Louie Vuitton store in Beverley Hills to purchase the items. Herrera stated that people in the office had access to her credit card. Furthermore, the administrative assistant to AFSCME Local 2620 had access to her credit card to reserve rooms and purchase office supplies.



**DISCLOSURE - This document contains neither recommendations nor conclusions of the Office of Inspector General (OIG), unless approved by designated Headquarter officials. It is the property of the OIG and is loaned to your agency; it and its contents are not to be distributed outside your agency.**

**PATIENT MEDICAL INFORMATION -** This document may contain patient medical information protected under the Privacy Act and/or Health Insurance Portability and Accountability Act. Such Information may be accessed and used only if necessary for the performance of one's official duties and only to persons with a need-to-know. This information must be safeguarded and protected from inadvertent disclosure.

OIG - 110 (5/22)

CONTROLLED BY OIG

Confidential - Subject to Protective Order USAO_00005798

Herrera claims that Carlis and Shakimba were allowed to purchase personal items for union representation, which would represent a "voucher" for the expenses. According to Herrera, Shakimba and Carlis did not take out any cash or write themselves checks for personal use.

Herrera confirmed that she still maintained the Apple iWatch, cell phone, and laptop belonging to AFSCME Local 2620. She stated that she did not know where the items were located and that she would have to look for them inside her house. Herrera stated that she worked late and that agents would have to come back after work to retrieve the items. Herrera instructed her husband to retrieve the iWatch from the residence.

**Agent Notes:** The Apple iWatch was given to SA Anguiano while powered on; it was fully functional and looked like it was charged. Additionally, after the interview, Herrera called SA Anguiano and stated that she did not fully disclose that she used the laptop for personal use and is currently using the laptop in her current position as a private contractor for CDCR parole as a social worker. Herrera claims that she is unable to provide the laptop because she has Personal Identifiable Information (PII), police reports, and other information that can compromise the security of their clients.

**End of Report.**



**DISCLOSURE - This document contains neither recommendations nor conclusions of the Office of Inspector General (OIG), unless approved by designated Headquarter officials. It is the property of the OIG and is loaned to your agency; it and its contents are not to be distributed outside your agency.**

**PATIENT MEDICAL INFORMATION** - This document may contain patient medical information protected under the Privacy Act and/or Health Insurance Portability and Accountability Act. Such Information may be accessed and used only if necessary for the performance of one's official duties and only to persons with a need-to-know. This information must be safeguarded and protected from inadvertent disclosure.

OIG - 110 (03/22)

CONTROLLED BY OIG

Confidential - Subject to Protective Order USAO_00005799

# ATTACHMENT 1

LOUIS VUITTON

LV Beverly Hills Rodeo Drive
295 North Rodeo Drive
BEVERLY HILLS, CA 90210
United States
3108590457

**DUPLICATA**

Store: 3125 Register 15
Date: 3/30/22 Time: 5:47 PM
Ticket: 107528
Cashier: BG09

Client: Shukimba Carlis

| Item | Qty | Price | Amount |
|---|---|---|---|
| **PO.FELICIE GM MV AMARANTE** | | | |
| M61267 | 1 | 1,620.00 | 1,620.00 |
| Client Advisor: BG09 | | | |
| **NEVERF.MM M.EMP.NOIR** | | | |
| M45685 | 1 | 2,710.00 | 2,710.00 |
| Client Advisor: BG09 | | | |
| **MY LV CHAIN ROUND PIN.G.W** | | | |
| Z1651W | 1 | 765.00 | 765.00 |
| Client Advisor: BG09 | | | |
| | | Subtotal | 5,095.00 |
| | | Sales Tax | 484.03 |
| | | **Total** | **5,579.03** |

Cardholder Receipt Payment
USD$5,579.03
Card: MASTERCARD
Account: **** **** **** 8979
AID: A0000000041010
Entry Mode: Chip
Verification: Verified by PIN
Please retain receipt!
3/30/2022 5:49:03 PM
Transaction: -
Authorization: 03067J
Merchant ID: **********88881

Terminal ID: ****2731

| | |
|---|---|
| Change | 0.00 |

Thank you for shopping with Louis Vuitton. Your product has been crafted by experienced artisans with the finest materials.
Please prevent any contact with oil or alcohol-based substances such as cosmetics, perfumes, hand sanitizers, or disinfectants.

All merchandise (except personalized items, high watches and high jewelry) may be exchanged or returned for a full refund within thirty (30) days of the original purchase date when accompanied by the original sales receipt, except for personalized or made-to-order items.

PayPal and Apple Pay purchases may be exchanged at a free-standing store within thirty (30) days of the original purchase date or may be returned exclusively to our online store for a full refund within thirty (30) days of the original purchase date when accompanied by the original sales receipt.

A refund may only be made in the same currency country as the original purchase and in the original form of payment. All merchandise must be in perfect saleable condition. For fragrance returns, the crystal wrapping and/ or packaging with stickers and adhesive labels must remain sealed, unopened, and not tampered with for an exchange or refund to be accepted   Any fragrance purchases with customized engraved bottles are not eligible for exchange or refund.

Merchandise purchased at a leased department store may only be refunded at any same leased department store with a Louis Vuitton store; exchanges are only permitted at the same leased department store or free standing stores for equal or greater value (except exchanges not accepted at Nordstrom department store.)

Returns will be accepted for exchange in any freestanding Louis Vuitton store around the world, excluding Brazil, China, Colombia, the Dominican Republic, India, Jordan, Kazakhstan, Korea, Lebanon, Mexico, Russia, Thailand, Taiwan, Turkey, Ukraine and Vietnam

Sold Item Count = 3

T113117L911K1A63N4AVWKC6

**Client Copy**

LOUIS VUITTON

LV Beverly Hills Rodeo Drive
295 North Rodeo Drive
BEVERLY HILLS, CA 90210
United States
3108590457

**DUPLICATA**

Store: 3125 Register 15
Date: 3/30/22 Time: 5:50 PM
Ticket: 107529
Cashier: BG09

Client: Shukimba Carlis

| Item | Qty | Price | Amount |
|---|---|---|---|
| **LA GRAN.BELLEZZA BLACK W** | | | |
| Z1217W | 1 | 520.00 | 520.00 |
| Client Advisor: BG09 | | | |
| | | Subtotal | 520.00 |
| | | Sales Tax | 49.40 |
| | | **Total** | **569.40** |

Cardholder Receipt Payment
USD$569.40
Card: MASTERCARD
Account: **** **** **** 8979
AID: A0000000041010
Entry Mode: Chip
Verification: Verified by PIN
Please retain receipt!
3/30/2022 5:51:08 PM
Transaction: -
Authorization: 03055J
Merchant ID: **********88881
Terminal ID: ****2731

Change 0.00

Thank you for shopping with Louis Vuitton. Your product has been crafted by experienced artisans with the finest materials.
Please prevent any contact with oil or alcohol-based substances such as cosmetics, perfumes, hand sanitizers, or disinfectants.

All merchandise (except personalized items, high watches and high jewelry) may be exchanged or returned for a full refund within thirty (30) days of the original purchase date when accompanied by the original sales receipt, except for personalized or made-to-order items.

PayPal and Apple Pay purchases may be exchanged at a free-standing store within thirty (30) days of the original purchase date or may be returned exclusively to our online store for a full refund within thirty (30) days of the original purchase date when accompanied by the original sales receipt.

A refund may only be made in the same currency country as the original purchase and in the original form of payment. All merchandise must be in perfect saleable condition. For fragrance returns, the crystal wrapping and/ or packaging with stickers and adhesive labels must remain sealed, unopened, and not tampered with for an exchange or refund to be accepted  Any fragrance purchases with customized engraved bottles are not eligible for exchange or refund.

Merchandise purchased at a leased department store may only be refunded at any same leased department store with a Louis Vuitton store; exchanges are only permitted at the same leased department store or free standing stores for equal or greater value (except exchanges not accepted at Nordstrom department store.)

Returns will be accepted for exchange in any freestanding Louis Vuitton store around the world, excluding Brazil, China, Colombia, the Dominican Republic, India, Jordan, Kazakhstan, Korea, Lebanon, Mexico, Russia, Thailand, Taiwan, Turkey, Ukraine and Vietnam

Sold Item Count = 1

T113117L911K1A63P4AVVKCR

**Client Copy**

# LOUIS VUITTON

LV Beverly Hills Rodeo Drive
295 North Rodeo Drive
BEVERLY HILLS, CA 90210
United States
3108590457

**DUPLICATA**

Store: 3125 Register 7
Date: 3/31/22 Time: 4:34 PM
Ticket: 55130
Cashier: AK0X

Client: Shukimba Carlis

| Item | Qty | Price | Amount |
|---|---|---|---|
| **BOETIE MM NM MNG** | | | |
| M45987 | 1 | 2,240.00 | 2,240.00 |
| Client Advisor: AK0X | | | |
| | | Subtotal | 2,240.00 |
| | | Sales Tax | 212.80 |
| | | **Total** | **2,452.80** |

Cardholder Receipt Payment
USD$2,452.80
Card: MASTERCARD
Account: **** **** **** 8607
AID: A0000000041010
Entry Mode: Chip
Verification: Verified by PIN
Please retain receipt!
3/31/2022 4:34:36 PM
Transaction: -
Authorization: 03176E
Merchant ID: **********88881
Terminal ID: ****2738

Change 0.00

Thank you for shopping with Louis Vuitton. Your product has been crafted by experienced artisans with the finest materials.
Please prevent any contact with oil or alcohol-based substances such as cosmetics, perfumes, hand sanitizers, or disinfectants.

All merchandise (except personalized items, high watches and high jewelry) may be exchanged or returned for a full refund within thirty (30) days of the original purchase date when accompanied by the original sales receipt, except for personalized or made-to-order items.

PayPal and Apple Pay purchases may be exchanged at a free-standing store within thirty (30) days of the original purchase date or may be returned exclusively to our online store for a full refund within thirty (30) days of the original purchase date when accompanied by the original sales receipt.

A refund may only be made in the same currency country as the original purchase and in the original form of payment. All merchandise must be in perfect saleable condition. For fragrance returns, the crystal wrapping and/ or packaging with stickers and adhesive labels must remain sealed, unopened, and not tampered with for an exchange or refund to be accepted  Any fragrance purchases with customized engraved bottles are not eligible for exchange or refund.

Merchandise purchased at a leased department store may only be refunded at any same leased department store with a Louis Vuitton store; exchanges are only permitted at the same leased department store or free standing stores for equal or greater value (except exchanges not accepted at Nordstrom department store.)

Returns will be accepted for exchange in any freestanding Louis Vuitton store around the world, excluding Brazil, China, Colombia, the Dominican Republic, India, Jordan, Kazakhstan, Korea, Lebanon, Mexico, Russia, Thailand, Taiwan, Turkey, Ukraine and Vietnam

Sold Item Count = 1

T113117L911C166JF4AVVKD6

**Client Copy**

# LOUIS VUITTON

***Duplicate***

**LOUIS VUITTON**
**866-VUITTON (866-884-8866)**
us@contact.louisvuitton.com
www.louisvuitton.com

**Shipping Address**
Sofia Herrara
532 Bella Vista Dr
Suisun City, CA 94585
USA

**Order N°** nx484936522
**Shipping Group N°** AMM3X67
**Order Date** 06/08/2022

**Document Date** 06/09/2022
**Invoice N°** **1669497139**

| Designation | Item | QTY | Net Price | Total |
|---|---|---|---|---|
| LA GRAN.BELLEZZA BLACK E | Z1217E | 1 | 520.00 | 520.00 USD |

| | Total |
|---|---|
| **Subtotal** | 520.00 USD |
| **Tax Amount** | 38.35 USD |
| **Total** | 558.35 USD |
| **Total Amount** | 558.35 USD |
| **Payment** | MASTERCARD |



Confidential - Subject to Protective Order 

# LOUIS VUITTON

Merchandise may be returned for exchange or full refund to a freestanding store or to our online store within thirty (30) days of the original purchase date when accompanied by the original sales receipt (except personalized items, My LV Heritage, My LV World Tour, hot stamped products, personalized sneakers, engraved products, Made-to-Order items, high watches and high jewelry). Mask covers cannot be returned or exchanged for sanitary reasons.

PayPal and Apple Pay purchases may be exchanged at a freestanding store within thirty (30) days of the original purchase date, or may be returned exclusively to our online store for a full refund within thirty (30) days of the original purchase date when accompanied by the original sales receipt.

All merchandise returned for exchange or refund must be in perfect saleable condition. For fragrance returns, the crystal wrapping and/ or packaging with stickers and adhesive labels must remain sealed, unopened, and not tampered with for an exchange or refund to be accepted.

Any fragrance purchases with customized engraved bottles are not eligible for exchange or refund.

When returning watches or jewelry, you must return the complete product, including the packaging, instructions leaflet (with the warranty certificate on the final page), product certificates (such as COSC and GIA, where applicable) and the invoice. All refunds may only be made in the same currency and country / region as the original purchase.

Returns will be accepted for exchange in any freestanding Louis Vuitton store around the world, excluding Brazil, China, Colombia, the Dominican Republic, India, Jordan, Kazakhstan, Korea, Lebanon, Mexico, Russia, Thailand, Taiwan, Turkey, Ukraine and Vietnam.