UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

*UNITED STATES OF AMERICA vs. SHUKIMBA MALIK CARLIS*
Case No.: 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT A

## Forensic Accounting Transaction Summary

Summary schedule prepared by defense forensic accountant JSH reconciling total
Credit card charges on Card # 8979 (Sofia Herrera) and Card # 8607 (Shukimba Carlis)
Against amount classified as “Union”, “Possible Union”, and “Non-Union/Personal”

**Case: US Department of Labor v Sofia Herrera and Shukimba Carlis**
**Case #: I22910037464-J**

**Schedule: Transaction Summary**

| JS Held Schedule # | | Card Owner | Charge Amounts | Union | Possible Union | | Adjusted Non-Union Credit Card Charges |
|---|---|---|---|---|---|---|---|
| | | **Card 8979 - (Treasurer Card - Sofia Herrera)** | $ 225,189.67 | $ (57,267.98) | $ (51,002.97) | | **$ 116,918.72** |
| | | **Card 8607 - (President Card - Shukimba Carlis)** | $ 47,292.24 | $ (12,293.87) | $ (5,080.52) | | **$ 29,917.85** |
| | | **Total Credit Card Charges** | **$ 272,481.91** | **$ (69,561.85)** | **$ (56,083.49)** | | **$ 146,836.57** |

**Support Schedules**

| | |
|---|---|
| **JSH A** | Transactions Combined - All transactions from both of the Cards \| *8979 (Sofia Herrera) and Card *8607 (Shukimba Carlis) |
| **JSH A1** | Transactions on the combined schedule classified as "Union Related" |
| **JSH A2** | Transactions on the combined schedule classified as "Possibly Union Related" \| Transactions that may be union related; however more transaction details are needed |
| **JSH A3** | Transactions on the combined schedule classified as "Non-Union Related" \| Transactions that appear to be personal |
| | |
| **JSH B** | Transactions from Card *8979 (Sofia Herrera) |
| **JSH B1** | Transactions from Card *8979 (Sofia Herrera) classified as "Union Related" |
| **JSH B2** | Transactions from Card *8979 (Sofia Herrera) classified as "Possibly Union Related" \| Transactions that may be union related; however more transaction details are needed |
| **JSH B3** | Transactions from Card *8979 (Sofia Herrera) classified as "Non-Union Related" \| Transactions that appear to be personal |
| | |
| **JSH C** | Transactions from Card *8607 (Shukimba Carlis) |
| **JSH C1** | Transactions from Card *8607 (Shukimba Carlis) classified as "Union Related" |
| **JSH C2** | Transactions from Card *8607 (Shukimba Carlis) classified as "Possibly Union Related" \| Transactions that may be union related; however more transaction details are needed |
| **JSH C3** | Transactions from Card *8607 (Shukimba Carlis) classified as "Non-Union Related" \| Transactions that appear to be personal |