UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

*UNITED STATES OF AMERICA vs. SHUKIMBA MALIK CARLIS*
Case No.: 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT B

## Schedule JSH A1, "Union Related" Transactions (Combined)

Itemized transactions from both cards classified by the defense forensic accountant as plainly related to legitimate union business. Total: $69,561.85

**Case: US Department of Labor v Sofia Herrera and Shukimba Carlis**
**Case #: I22910037464-J**

**Schedule: JSH A1. Trans Comb-Union.V**

**BOTH CREDIT CARDS COMBINED -- DATE ORDER - UNION RELATED PURCHASES**

| Line # | Account Number | Card Holder | Date | Description | Business Name | City | State | Amount | Purchase Classification | Vender Product / Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *8607 | Shukimba Carlis | 3/19/2021 | AWAYTRAVEL.COM NEW YORK CITY NY | AWAYTRAVEL.COM NEW | New York City | NY | 211.33 | Union | Luggage |
| 2 | *8607 | Shukimba Carlis | 3/19/2021 | APPLE STORE #R001 GLENDALE CA | APPLE STORE R001 | Glendale | CA | 1,706.15 | Union | Computer Related Equipment |
| 3 | *8607 | Shukimba Carlis | 4/11/2021 | STAPLES 00114520 FAIRFIELD CA | STAPLES | Fairfield | CA | 537.67 | Union | Office Supplies |
| 4 | *8979 | Sofia Herrera | 04/23/2021 | * CALPAKTRAVEL.COM 3102232500 CA | CALPAKTRAVEL.COM | | CA | 2,004.96 | Union | Luggage |
| 5 | *8979 | Sofia Herrera | 04/23/2021 | AWAYTRAVEL.COM NEW YORK CITY NY | AWAYTRAVEL.COM NEW | New York City | NY | 319.71 | Union | Luggage |
| 6 | *8979 | Sofia Herrera | 04/28/2021 | CERTIFIED STAFFING SOL 8883306890 FL | CERTIFIED STAFFING | | FL | 900.00 | Union | Staffing Company |
| 7 | *8607 | Shukimba Carlis | 5/4/2021 | STAPLES 00114520 FAIRFIELD CA SHUKIMBA M CARLIS | STAPLES | Fairfield | CA | 548.48 | Union | Office Supplies |
| 8 | *8979 | Sofia Herrera | 05/13/2021 | STAPLES 00104091 VACAVILLE CA | STAPLES | Vacaville | CA | 121.32 | Union | Office Supplies |
| 9 | *8979 | Sofia Herrera | 05/13/2021 | STAPLES 00104091 VACAVILLE CREDIT | STAPLES | | | (5.41) | Union | Return / Credit |
| 10 | *8979 | Sofia Herrera | 05/14/2021 | APPLE STORE #R014 WALNUT CREEK CA | APPLE STORE R014 | Walnut Creek | CA | 18.60 | Union | Tech and Accessories |
| 11 | *8979 | Sofia Herrera | 05/14/2021 | APPLE STORE #R014 WALNUT CREEK CA | APPLE STORE R014 | Walnut Creek | CA | 1,775.41 | Union | Tech and Accessories |
| 12 | *8979 | Sofia Herrera | 05/14/2021 | APPLE STORE #R014 WALNUT CREEK CA | APPLE STORE R014 | Walnut Creek | CA | 1,482.54 | Union | Tech and Accessories |
| 13 | *8979 | Sofia Herrera | 05/14/2021 | APPLE STORE #R014 WALNUT CREEK CA | APPLE STORE R014 | Walnut Creek | CA | 72.00 | Union | Tech and Accessories |
| 14 | *8979 | Sofia Herrera | 05/26/2021 | 5p * CALPAKTRAVEL.COM 3102232500 CA | CALPAKTRAVEL.COM | On-Line | CA | 424.40 | Union | Luggage / Bags / Organizers |
| 15 | *8979 | Sofia Herrera | 05/26/2021 | ANTHROPOLOGIE #509 GLENDALE CA CREDIT | ANTHROPOLOGIE | Glendale | CA | (253.30) | Union | Return / Credit |
| 16 | *8979 | Sofia Herrera | 05/31/2021 | SP * CALPAKTRAVEL.COM 3102232500 CA | CALPAKTRAVEL.COM | | CA | 84.77 | Union | Luggage |
| 17 | *8979 | Sofia Herrera | 06/01/2021 | SP * CALPAKTRAVEL.COM 31022325 CREDIT | CALPAKTRAVEL.COM | | | (8.47) | Union | Return / Credit |
| 18 | *8979 | Sofia Herrera | 06/10/2021 | STAPLES DIRECT 800-3333330 MA | STAPLES DIRECT | | MA | 37.69 | Union | Office Supplies |
| 19 | *8979 | Sofia Herrera | 06/13/2021 | 5p * CALPAKTRAVEL.COM 3102232500 CA | CALPAKTRAVEL.COM | On-Line | CA | 109.80 | Union | Luggage / Bags / Organizers |
| 20 | *8979 | Sofia Herrera | 06/13/2021 | 5p * CALPAKTRAVEL.COM 3102232500 CA | CALPAKTRAVEL.COM | On-Line | CA | 339.34 | Union | Luggage / Bags / Organizers |
| 21 | *8979 | Sofia Herrera | 06/13/2021 | 5p * CALPAKTRAVEL.COM 3102232500 CA | CALPAKTRAVEL.COM | On-Line | CA | 159.32 | Union | Luggage / Bags / Organizers |
| 22 | *8979 | Sofia Herrera | 06/15/2021 | TRAVEL + WELL SANTA ROSA CA | TRAVEL WELL SANTA | Santa Rosa | CA | 16.09 | Union | Travel Toiletries |
| 23 | *8979 | Sofia Herrera | 06/17/2021 | 5p * CALPAKTRAVEL.COM 31022325 CREDIT | CALPAKTRAVEL.COM | On-Line | | (53.90) | Union | Return / Credit |
| 24 | *8979 | Sofia Herrera | 06/17/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 322.21 | Union | Returned |
| 25 | *8979 | Sofia Herrera | 06/18/2021 | ANTHROPOLOGIE #509 GLENDALE CA CREDIT | ANTHROPOLOGIE | Glendale | CA | (130.09) | Union | Return / Credit |
| 26 | *8979 | Sofia Herrera | 06/18/2021 | STAPLES DIRECT FRAMINGHAM MA CREDIT | STAPLES DIRECT FRAMINGHAM | Framingham | MA | (7.39) | Union | Return / Credit |
| 27 | *8979 | Sofia Herrera | 06/20/2021 | AWAYTRAVEL.COM NEW YORK CITY NY | AWAYTRAVEL.COM NEW | New York City | NY | 1,108.29 | Union | Luggage |
| 28 | *8979 | Sofia Herrera | 06/22/2021 | 5p * CALPAKTRAVEL.COM 3102232500 CA | CALPAKTRAVEL.COM | On-Line | CA | 151.56 | Union | Luggage / Bags / Organizers |
| 29 | *8979 | Sofia Herrera | 06/22/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 322.21 | Union | Returned |
| 30 | *8979 | Sofia Herrera | 06/28/2021 | COVIDCLINIC HUNTINGTON BE CA | COVIDCLINIC HUNTINGTON | | CA | 99.00 | Union | Clinic |
| 31 | *8979 | Sofia Herrera | 06/28/2021 | AWAYTRAVEL.COM NEW YORK CITY NY | AWAYTRAVEL.COM NEW | New York City | NY | 264.91 | Union | Luggage |
| 32 | *8979 | Sofia Herrera | 06/28/2021 | AWAYTRAVEL.COM NEW YORK CITY NY | AWAYTRAVEL.COM NEW | New York City | NY | 596.07 | Union | Luggage |
| 33 | *8979 | Sofia Herrera | 07/02/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 270.94 | Union | Returned |

DRAFT

Case: US Department of Labor v Sofia Herrera and Shukimba Carlis
Case #: I22910037464-J

Schedule: JSH A1. Trans Comb-Union.V

| BOTH CREDIT CARDS COMBINED -- DATE ORDER - UNION RELATED PURCHASES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Line # | Account Number | Card Holder | Date | Description | Business Name | City | State | Amount | Purchase Classification | Vender Product / Service |
| 34 | *8979 | Sofia Herrera | 07/03/2021 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (270.94) | Union | Return / Credit |
| 35 | *8979 | Sofia Herrera | 07/03/2021 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (322.21) | Union | Return / Credit |
| 36 | *8979 | Sofia Herrera | 07/04/2021 | CLEARME. COM *CLEAR 855-2532763 NY | CLEARME. COM CLEAR | | NY | 179.00 | Union | Travel \| Subscription TSA Clearence |
| 37 | *8979 | Sofia Herrera | 07/04/2021 | STAPLES DIRECT 800-3333330 MA | STAPLES DIRECT | | MA | 25.35 | Union | Office Supplies |
| 38 | *8979 | Sofia Herrera | 07/05/2021 | CLEARME.COM *CLEAR 855-2532763 NY | CLEARME.COM CLEAR | | NY | 60.00 | Union | Travel \| Subscription TSA Clearence |
| 39 | *8979 | Sofia Herrera | 07/16/2021 | STAPLES 00114520 FAIRFIELD CA | STAPLES | Fairfield | CA | 1,241.31 | Union | Office Supplies |
| 40 | *8979 | Sofia Herrera | 07/16/2021 | STAPLES 00114520 FAIRFIELD CA | STAPLES | Fairfield | CA | 299.99 | Union | Office Supplies |
| 41 | *8979 | Sofia Herrera | 07/30/2021 | ANTHROPOLOGIE.COM 800-309- CREDIT | ANTHROPOLOGIE.COM | | | (322.21) | Union | Return / Credit |
| 42 | *8979 | Sofia Herrera | 07/30/2021 | SUSY'S FLOWERS 3235679086 CA | SUSYS FLOWERS | | CA | 71.66 | Union | Flowers |
| 43 | *8979 | Sofia Herrera | 08/18/2021 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (270.94) | Union | Return / Credit |
| 44 | *8979 | Sofia Herrera | 08/18/2021 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (173.40) | Union | Return / Credit |
| 45 | *8979 | Sofia Herrera | 08/19/2021 | HUDSON ST1 494 BURBANK CA | HUDSON ST1 | Burbank | CA | 44.08 | Union | Travel |
| 46 | *8979 | Sofia Herrera | 08/19/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 173.40 | Union | Returned |
| 47 | *8979 | Sofia Herrera | 09/03/2021 | STAPLES DIRECT 800-3333330 MA | STAPLES DIRECT | | MA | 161.97 | Union | Office Supplies |
| 48 | *8979 | Sofia Herrera | 09/08/2021 | 5p * CALPAKTRAVEL.COM COMPTON CA SOFIA HERRARA | CALPAKTRAVEL.COM | Compton | CA | 307.29 | Union | Luggage / Bags / Organizers |
| 49 | *8979 | Sofia Herrera | 09/23/2021 | ANTHROPOLOGIE.COM 800-309- CREDIT | ANTHROPOLOGIE.COM | | | (397.90) | Union | Return / Credit |
| 50 | *8979 | Sofia Herrera | 10/07/2021 | AWAYTRAVEL.COM NEW YORK CITY NY | AWAYTRAVEL.COM NEW | New York City | NY | 268.01 | Union | Luggage |
| 51 | *8979 | Sofia Herrera | 11/08/2021 | OFFICE DEPOT #912 800-463-3768 CA | OFFICE DEPOT | | CA | 6.99 | Union | Office Supplies |
| 52 | *8979 | Sofia Herrera | 11/08/2021 | FF PRINT DESIGN 9165649000 CA | FF PRINT DESIGN | | CA | 1,489.12 | Union | Confernce Signage |
| 53 | *8979 | Sofia Herrera | 11/10/2021 | OFFICEMAX/DEPOT 6761 800-463-3768 NV | OFFICEMAXDEPOT | | NV | 20.16 | Union | Returned |
| 54 | *8979 | Sofia Herrera | 11/10/2021 | OFFICE DEPOT #5125 800-463-3768 CA | OFFICE DEPOT | | CA | 100.82 | Union | Office Supplies |
| 55 | *8979 | Sofia Herrera | 11/11/2021 | HUDSON ST1 494 BURBANK CA | HUDSON ST1 | Burbank | CA | 68.95 | Union | Travel |
| 56 | *8979 | Sofia Herrera | 11/19/2021 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M32567 | MARRIOTT NY MARQUIS | New York | NY | 944.46 | Union | Hotel |
| 57 | *8979 | Sofia Herrera | 11/19/2021 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M32566 | MARRIOTT NY MARQUIS | New York | NY | 944.46 | Union | Hotel |
| 58 | *8979 | Sofia Herrera | 11/19/2021 | OFFICEMAX/DEPOT 6761 LAS VEGAS N CREDIT | OFFICEMAXDEPOT | | | (20.16) | Union | Return / Credit |
| 59 | *8979 | Sofia Herrera | 11/23/2021 | BEST BUY MHT 00010082 VACAVILLE CA | BEST BUY MHT | Vacaville | CA | 248.67 | Union | Electronics |
| 60 | *8979 | Sofia Herrera | 11/23/2021 | BEST BUY MHT 00010082 VACAVILLE CA | BEST BUY MHT | Vacaville | CA | 209.99 | Union | Electronics |
| 61 | *8979 | Sofia Herrera | 11/24/2021 | SOUTHWES 5261455416925 800-435-9792 TX HERRERA CORONADO SOUTHWES | | | | 351.98 | Union | Travel |
| 62 | *8979 | Sofia Herrera | 11/24/2021 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M33023 | MARRIOTT NY MARQUIS | New York | NY | 1,646.96 | Union | Hotel |
| 63 | *8979 | Sofia Herrera | 11/24/2021 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M33024 | MARRIOTT NY MARQUIS | New York | NY | 1,646.96 | Union | Hotel |
| 64 | *8979 | Sofia Herrera | 11/24/2021 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M33025 | MARRIOTT NY MARQUIS | New York | NY | 1,646.96 | Union | Returned |
| 65 | *8979 | Sofia Herrera | 12/02/2021 | TDI*BROADWAY.COM TICKT 212-541-8457 NY | TDIBROADWAY.COM | | NY | 1,518.75 | Union | Potential Officer Team Building (5 Officers) |
| 66 | *8979 | Sofia Herrera | 12/02/2021 | TDI*BROADWAY.COM TICKT 212-541-8457 NY | TDIBROADWAY.COM | | NY | 537.30 | Union | Potential Officer Team Building (5 Officers) |

DRAFT

**Case: US Department of Labor v Sofia Herrera and Shukimba Carlis**
**Case #: I22910037464-J**

**Schedule: JSH A1. Trans Comb-Union.V**

**BOTH CREDIT CARDS COMBINED -- DATE ORDER - UNION RELATED PURCHASES**

| Line # | Account Number | Card Holder | Date | Description | Business Name | City | State | Amount | Purchase Classification | Vender Product / Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 67 | *8979 | Sofia Herrera | 12/03/2021 | NEW YORK CITY BALLET W 212-870-5670 NY | NEW YORK CITY BALLET | New York City | NY | 610.00 | Union | Entertainment |
| 68 | *8979 | Sofia Herrera | 12/09/2021 | OFFICE DEPOT #912 800-463-3768 CA SOFIA HERRARA | OFFICE DEPOT | | CA | 64.04 | Union | Office Supplies |
| 69 | *8979 | Sofia Herrera | 12/09/2021 | OFFICE DEPOT #912 800-463-3768 CA | OFFICE DEPOT | | CA | 8.26 | Union | Returned |
| 70 | *8979 | Sofia Herrera | 12/13/2021 | OFFICE DEPOT #5125 800-463-3768 CA | OFFICE DEPOT | | CA | 11.01 | Union | Office Supplies |
| 71 | *8979 | Sofia Herrera | 12/14/2021 | IDEMIA TSA PRECHECK FAIRFIELD CA | IDEMIA TSA PRECHECK | Fairfield | CA | 85.00 | Union | Travel |
| 72 | *8979 | Sofia Herrera | 12/17/2021 | SOUTHWES 5261461987091 800-435-9792 TX CAR LIS/SH UKIMBA S SOUTHWES | | | | 1,112.96 | Union | Travel |
| 73 | *8979 | Sofia Herrera | 12/17/2021 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M35341 | MARRIOTT NY MARQUIS | New York | NY | 948.57 | Union | Hotel |
| 74 | *8979 | Sofia Herrera | 12/17/2021 | OFFICE DEPOT#912 BURBANK CA CREDIT | OFFICE DEPOT912 | Burbank | CA | (8.26) | Union | Return / Credit |
| 75 | *8979 | Sofia Herrera | 12/29/2021 | ALLIANZ EVENT INS 8004960209 VA | ALLIANZ EVENT INS | | VA | 73.18 | Union | |
| 76 | *8979 | Sofia Herrera | 12/30/2021 | SOUTHWES 5269910022101 800-435-9792 TX HERRERA CORONADO SOUTHWES | | | VA | 75.00 | Union | Travel |
| 77 | *8979 | Sofia Herrera | 01/01/2022 | MARRIOTT NY MARQUIS NEW YORK NY CREDIT FOLIO #M00269 | MARRIOTT NY MARQUIS | New York | NY | (1,646.96) | Union | Return / Credit |
| 78 | *8607 | Shukimba Carlis | 1/3/2022 | THE ELGIN NEW YORK NY | THE ELGIN NEW YORK | York | NY | 214.68 | Union | Restaurant |
| 79 | *8979 | Sofia Herrera | 01/04/2022 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M00903 | MARRIOTT NY MARQUIS | New York | NY | 1,179.16 | Union | Hotel |
| 80 | *8979 | Sofia Herrera | 01/05/2022 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M00936 | MARRIOTT NY MARQUIS | New York | NY | 106.57 | Union | Hotel |
| 81 | *8979 | Sofia Herrera | 01/05/2022 | 10670 FIFTH AVENUE NYC NEW YORK NY | FIFTH AVENUE | York | NY | 1,274.99 | Union | Clothing |
| 82 | *8607 | Shukimba Carlis | 1/5/2022 | MASTROS NEW YORK NEW YORK NY | MASTROS NEW YORK | York | NY | 622.59 | Union | Restaurant |
| 83 | *8607 | Shukimba Carlis | 1/5/2022 | TDI*BROADWAY. COM TICKT 212-541-8457 NY | TDIBROADWAY. COM | | NY | 643.95 | Union | Entertainment |
| 84 | *8979 | Sofia Herrera | 01/06/2022 | SOUTHWES 5261467944567 800-435-9792 TX HERRERA CORONADO SOUTHWES | | | AS | 341.98 | Union | Travel |
| 85 | *8979 | Sofia Herrera | 01/06/2022 | MMA ADMISSIONS NEW YORK NY | MMA ADMISSIONS NEW | York | NY | 100.00 | Union | Museum |
| 86 | *8979 | Sofia Herrera | 01/06/2022 | METROPOLITAN MUSEUM AR NEW YORK NY | METROPOLITAN MUSEUM | York | NY | 129.10 | Union | Museum |
| 87 | *8607 | Shukimba Carlis | 1/7/2022 | MASTROS NEW YORK NEW YORK NY | MASTROS NEW YORK | York | NY | 504.77 | Union | Restaurant |
| 88 | *8979 | Sofia Herrera | 01/08/2022 | SOUTHWES 5261469123320 800-435-9792 TX CAR LIS/SH UKIMBA N SOUTHWES | | | | 416.00 | Union | Travel |
| 89 | *8979 | Sofia Herrera | 01/08/2022 | SOUTHWES 5261469120765 800-435-9792 TX HERRERA CORONADO SOUTHWES | | | | 416.00 | Union | Travel |
| 90 | *8979 | Sofia Herrera | 01/09/2022 | NEW YORK CITY BALLET W 212-870- CREDIT | NEW YORK CITY BALLET | | | (576.00) | Union | Return / Credit |
| 91 | *8979 | Sofia Herrera | 01/11/2022 | SOUTHWES 5269910255046 800-435-9792 TX HERRERA CORONADO SOUTHWES | | | | 75.00 | Union | Travel |
| 92 | *8979 | Sofia Herrera | 01/11/2022 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M01 130 | MARRIOTT NY MARQUIS | New York | NY | 4,143.85 | Union | Hotel |
| 93 | *8979 | Sofia Herrera | 01/11/2022 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M01 129 | MARRIOTT NY MARQUIS | New York | NY | 4,638.44 | Union | Hotel |
| 94 | *8979 | Sofia Herrera | 01/11/2022 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M01 135 | MARRIOTT NY MARQUIS | New York | NY | 968.26 | Union | Hotel |
| 95 | *8979 | Sofia Herrera | 01/11/2022 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M01 406 | MARRIOTT NY MARQUIS | New York | NY | 41.37 | Union | Hotel |
| 96 | *8979 | Sofia Herrera | 01/11/2022 | MARRIOTT NY MARQUIS NEW YORK NY FOLIO #M01 633 | MARRIOTT NY MARQUIS | New York | NY | 42.46 | Union | Hotel |
| 97 | *8979 | Sofia Herrera | 01/24/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 16.22 | Union | Returned |
| 98 | *8979 | Sofia Herrera | 01/28/2022 | APPLE.COM/US 8006927753 CA | APPLE.COMUS | On-line | CA | 20.54 | Union | Tech and Accessories |

DRAFT

**Case: US Department of Labor v Sofia Herrera and Shukimba Carlis**
**Case #: I22910037464-J**

**Schedule: JSH A1. Trans Comb-Union.V**

| BOTH CREDIT CARDS COMBINED -- DATE ORDER - UNION RELATED PURCHASES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Line # | Account Number | Card Holder | Date | Description | Business Name | City | State | Amount | Purchase Classification | Vender Product / Service |
| 99 | *8979 | Sofia Herrera | 01/28/2022 | APPLE. COM/US 800-676-2775 CA | APPLE. COMUS | On-line | CA | 919.01 | Union | Returned |
| 100 | *8979 | Sofia Herrera | 01/29/2022 | APPLE.COM/US 800-676-2775 CA | APPLE.COMUS | On-line | CA | 20.54 | Union | Tech and Accessories |
| 101 | *8979 | Sofia Herrera | 02/04/2022 | APPLE.COM/US 800-676- CREDIT | APPLE.COMUS | On-line | CA | (919.01) | Union | Return / Credit |
| 102 | *8979 | Sofia Herrera | 02/08/2022 | TRAVEL + WELL SANTA ROSA CA | TRAVEL WELL SANTA | Santa Rosa | CA | 85.68 | Union | Travel Toiletries |
| 103 | *8979 | Sofia Herrera | 02/08/2022 | TRAVEL + WELL SANTA ROSA CA | TRAVEL WELL SANTA | Santa Rosa | CA | 34.11 | Union | Travel Toiletries |
| 104 | *8979 | Sofia Herrera | 02/09/2022 | ANTHROPOLOGIE.COM 800-309- CREDIT | ANTHROPOLOGIE.COM | | | (16.22) | Union | Return / Credit |
| 105 | *8979 | Sofia Herrera | 02/12/2022 | ORCHID FLORIST AND GIF BERKELEY CA | ORCHID FLORIST AND | Berkeley | CA | 120.72 | Union | Flowers |
| 106 | *8979 | Sofia Herrera | 02/17/2022 | APPLE.COM/US 800-676-2775 CA | APPLE.COMUS | On-line | CA | 324.27 | Union | Tech and Accessories |
| 107 | *8979 | Sofia Herrera | 02/17/2022 | STAPLES DIRECT 800-3333330 MA | STAPLES DIRECT | | MA | 62.75 | Union | Office Supplies |
| 108 | *8979 | Sofia Herrera | 03/03/2022 | EZCATERCHEVYS FRESH M 8004881803 MA | EZCATERCHEVYS FRESH | | MA | 703.52 | Union | Catering |
| 109 | *8979 | Sofia Herrera | 03/11/2022 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (173.40) | Union | Return / Credit |
| 110 | *8979 | Sofia Herrera | 03/12/2022 | DANNIJO NEW YORK NY | DANNIJO NEW YORK | York | NY | 220.00 | Union | Clothing/Jewlery |
| 111 | *8979 | Sofia Herrera | 03/17/2022 | APPLE.COM/US 800-676-2775 CA | APPLE.COMUS | On-line | CA | 3,355.79 | Union | Tech and Accessories |
| 112 | *8979 | Sofia Herrera | 03/17/2022 | APPLE.COM/BILL 866-712-7753 CA | APPLE.COMBILL | On-line | CA | 149.99 | Union | Tech and Accessories |
| 113 | *8979 | Sofia Herrera | 03/24/2022 | APPLE.COM/US 800-676-2775 CA | APPLE.COMUS | On-line | CA | 214.08 | Union | Tech and Accessories |
| 114 | *8979 | Sofia Herrera | 03/24/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 570.90 | Union | Returned |
| 115 | *8979 | Sofia Herrera | 03/25/2022 | APPLE.COM/US 800-676-2775 CA | APPLE.COMUS | On-line | CA | 52.98 | Union | Tech and Accessories |
| 116 | *8979 | Sofia Herrera | 03/25/2022 | APPLE.COM/US 800-676-2775 CA | APPLE.COMUS | On-line | CA | 64.82 | Union | Tech and Accessories |
| 117 | *8979 | Sofia Herrera | 03/25/2022 | APPLE.COM/US 800-676-2775 CA | APPLE.COMUS | On-line | CA | 54.01 | Union | Tech and Accessories |
| 118 | *8979 | Sofia Herrera | 03/25/2022 | APPLE.COM/US 800-676-2775 CA | APPLE.COMUS | On-line | CA | 97.26 | Union | Tech and Accessories |
| 119 | *8979 | Sofia Herrera | 04/13/2022 | AMERICAN 0010262062846 SAN FRANCISCO CA BALLOU/RIAN BRA AMERICAN | | San Francisco | CA | 30.00 | Union | |
| 120 | *8979 | Sofia Herrera | 04/13/2022 | AMERICAN 0010262062682 SAN FRANCISCO CA ROBINSON JR/JOS E AMERICAN | | | | 30.00 | Union | |
| 121 | *8979 | Sofia Herrera | 04/13/2022 | AMERICAN 0010262062862 SAN FRANCISCO CA BALLOU/JAZZM IN E AMERICAN | | Francisco | IN | 30.00 | Union | |
| 122 | *8979 | Sofia Herrera | 04/18/2022 | SOUTH EAST FLOWERS 3237590575 CA | SOUTH EAST FLOWERS | | CA | 76.64 | Union | Flowers |
| 123 | *8979 | Sofia Herrera | 04/26/2022 | UBER PASS 8005928996 CA | UBER PASS | | CA | 9.99 | Union | Transportation |
| 124 | *8979 | Sofia Herrera | 04/27/2022 | WPY*LABOR 411 FOUNDATI 855-469-3729 CA | WPYLABOR | | CA | 750.00 | Union | Dept of Labor Workforce Pathways for Youth |
| 125 | *8979 | Sofia Herrera | 05/04/2022 | PIETRO'S NO 2 VACAVILLE CA | PIETROS NO 2 VACAVILLE | Vacaville | CA | 552.52 | Union | Restaurant |
| 126 | *8979 | Sofia Herrera | 05/17/2022 | GENOVA DELICATESSEN NAPA CA | GENOVA DELICATESSEN | Napa | CA | 935.98 | Union | Restaurant |
| 127 | *8979 | Sofia Herrera | 05/17/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 173.40 | Union | Returned |
| 128 | *8979 | Sofia Herrera | 05/21/2022 | DMI* DELL SALES & SERV 8006249897 TX | DMI DELL SALES | | TX | 3,277.59 | Union | Laptop |
| 129 | *8607 | Shukimba Carlis | 5/22/2022 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (173.40) | Union | Return / Credit |
| 130 | *8979 | Sofia Herrera | 05/25/2022 | OFFICE DEPOT #912 800-463-3768 CA | OFFICE DEPOT | | CA | 62.94 | Union | Office Supplies |
| 131 | *8979 | Sofia Herrera | 05/26/2022 | UBER *PASS HELP.UBER.C 8005928996 CA | UBER PASS HELP.UBER.C | | CA | 9.99 | Union | Transportation |
| 132 | *8979 | Sofia Herrera | 05/31/2022 | COSTCO BY INSTACART SAN FRANCISCO CA | COSTCO BY INSTACART | San Francisco | CA | 14.79 | Union | Flowers |
| 133 | *8979 | Sofia Herrera | 06/18/2022 | AIRBNB TAKDMW4X 4158005959 CA FOLIO #0026275619 | AIRBNB TAKDMW4X | | CA | 144.96 | Union | |

DRAFT

**Case: US Department of Labor v Sofia Herrera and Shukimba Carlis**
**Case #: I22910037464-J**

**Schedule: JSH A1. Trans Comb-Union.V**

**BOTH CREDIT CARDS COMBINED -- DATE ORDER - UNION RELATED PURCHASES**

| Line # | Account Number | Card Holder | Date | Description | Business Name | City | State | Amount | Purchase Classification | Vender Product / Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 134 | *8979 | Sofia Herrera | 06/18/2022 | AIRBNB TAEKTHZ2 4158005959 CA FOLIO #0026168427 | AIRBNB TAEKTHZ2 | | CA | 241.60 | Union | |
| 135 | *8979 | Sofia Herrera | 06/18/2022 | AIRBNB TAEKND5T 4158005959 CA FOLIO #0026047672 | AIRBNB TAEKND5T | | CA | 342.44 | Union | |
| 136 | *8979 | Sofia Herrera | 06/23/2022 | DHL EXPRESS USA INC 8007220081 FL | DHL EXPRESS USA | | FL | 236.45 | Union | Postage |
| 137 | *8979 | Sofia Herrera | 06/25/2022 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (262.20) | Union | Return / Credit |
| 138 | *8979 | Sofia Herrera | 06/25/2022 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (262.20) | Union | Return / Credit |
| 139 | *8979 | Sofia Herrera | 06/26/2022 | UBER *PASS HELP.UBER.C 8005928996 CA | UBER PASS HELP.UBER.C | | CA | 9.99 | Union | Transportation |
| 140 | *8979 | Sofia Herrera | 06/29/2022 | SOUTHWES 5262136664978 800-435-9792 TX HERRERA CORONADO SOUTHWES | | | | 278.97 | Union | Travel |
| 141 | *8979 | Sofia Herrera | 06/29/2022 | OFFICE DEPOT #912 800-463-3768 CA | OFFICE DEPOT | | CA | 85.93 | Union | Office Supplies |
| 142 | *8979 | Sofia Herrera | 06/30/2022 | DELTA 00623242669766 DELTA.COM CA CAR LIS/SH UKIMBA SACRA DELTA | | | | 2,622.20 | Union | Travel |
| 143 | *8979 | Sofia Herrera | 07/01/2022 | TST* CarlisTOGA INN RES CarlisTOGA CA | CarlisTOGA INN RES | Carlistoga | CA | 241.49 | Union | Luggage |
| 144 | *8979 | Sofia Herrera | 07/01/2022 | ALLIANZ TRAVEL INS 8772524264 VA | ALLIANZ TRAVEL INS | | VA | 177.00 | Union | |
| 145 | *8979 | Sofia Herrera | 07/01/2022 | OFFICE DEPOT #5125 800-463-3768 CA | OFFICE DEPOT | | CA | 24.24 | Union | Office Supplies |
| 146 | *8979 | Sofia Herrera | 07/03/2022 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (570.90) | Union | Return / Credit |
| 147 | *8979 | Sofia Herrera | 07/03/2022 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (268.15) | Union | Return / Credit |
| 148 | *8979 | Sofia Herrera | 07/03/2022 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (171.27) | Union | Return / Credit |
| 149 | *8979 | Sofia Herrera | 07/04/2022 | CLEARME.COM *CLEAR 855-2532763 NY | CLEARME.COM CLEAR | | NY | 239.00 | Union | Travel \| Subscription TSA Clearence |
| 150 | *8979 | Sofia Herrera | 07/08/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 138.72 | Union | Returned |
| 151 | *8979 | Sofia Herrera | 07/09/2022 | ALLIANZ TRAVEL INS 8006285404 VA | ALLIANZ TRAVEL INS | | VA | 61.63 | Union | |
| 152 | *8979 | Sofia Herrera | 07/11/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 967.72 | Union | Returned |
| 153 | *8607 | Shukimba Carlis | 7/11/2022 | AUTOGRAPH NOTARY HTL 215-564-1020 PA FOLIO #M19313 | AUTOGRAPH NOTARY | | PA | 1,390.60 | Union | Hotel |
| 154 | *8607 | Shukimba Carlis | 7/11/2022 | AUTOGRAPH NOTARY HTL 215-564-1020 PA FOLIO #M19314 | AUTOGRAPH NOTARY | | PA | 1,390.60 | Union | Returned |
| 155 | *8607 | Shukimba Carlis | 7/11/2022 | AUTOGRAPH NOTARY HTL 215-564-1020 PA FOLIO #M19315 | AUTOGRAPH NOTARY | | PA | 1,390.60 | Union | Returned |
| 156 | *8607 | Shukimba Carlis | 7/11/2022 | AUTOGRAPH NOTARY HTL 215-564-1020 PA FOLIO #M19316 | AUTOGRAPH NOTARY | | PA | 1,390.60 | Union | Returned |
| 157 | *8607 | Shukimba Carlis | 7/11/2022 | AUTOGRAPH NOTARY HTL 215-564-1020 PA FOLIO #M19317 | AUTOGRAPH NOTARY | | PA | 1,390.60 | Union | Returned |
| 158 | *8607 | Shukimba Carlis | 7/11/2022 | AUTOGRAPH NOTARY HTL PHILADELPHIA PA FOLIO #M19370 | AUTOGRAPH NOTARY | Philadelphia | PA | 100.00 | Union | Hotel |
| 159 | *8607 | Shukimba Carlis | 7/12/2022 | MAGGIANOS 12TH & FILBE PHILADELPHIA PA | MAGGIANOS 12TH | Philadelphia | PA | 281.00 | Union | Restaurant |
| 160 | *8979 | Sofia Herrera | 07/13/2022 | FANTASY CASINO 909-305-1800 CA | FANTASY CASINO | | CA | 1,075.00 | Union | Casino Night Event |
| 161 | *8607 | Shukimba Carlis | 7/13/2022 | AUTOGRAPH NOTARY HTL PHILADELPHIA PA FOLIO #M19605 | AUTOGRAPH NOTARY | Philadelphia | PA | 2,863.16 | Union | Hotel |
| 162 | *8607 | Shukimba Carlis | 7/14/2022 | AUTOGRAPH NOTARY HTL PHILADELPHIA CREDIT FOLIO #M19601 | AUTOGRAPH NOTARY | | | (1,390.60) | Union | Return / Credit |
| 163 | *8607 | Shukimba Carlis | 7/14/2022 | AUTOGRAPH NOTARY HTL PHILADELPHIA CREDIT FOLIO #M19602 | AUTOGRAPH NOTARY | | | (1,390.60) | Union | Return / Credit |
| 164 | *8607 | Shukimba Carlis | 7/14/2022 | AUTOGRAPH NOTARY HTL PHILADELPHIA CREDIT FOLIO #M19603 | AUTOGRAPH NOTARY | | | (1,390.60) | Union | Return / Credit |

DRAFT

**Case: US Department of Labor v Sofia Herrera and Shukimba Carlis**
**Case #: I22910037464-J**

**Schedule: JSH A1. Trans Comb-Union.V**

**BOTH CREDIT CARDS COMBINED -- DATE ORDER - UNION RELATED PURCHASES**

| Line # | Account Number | Card Holder | Date | Description | Business Name | City | State | Amount | Purchase Classification | Vender Product / Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 165 | *8607 | Shukimba Carlis | 7/14/2022 | AUTOGRAPH NOTARY HTL PHILADELPHIA CREDIT FOLIO #M19604 | AUTOGRAPH NOTARY | | | (1,390.60) | Union | Return / Credit |
| 166 | *8979 | Sofia Herrera | 07/15/2022 | OFFICE DEPOT #5125 800-463-3768 CA | OFFICE DEPOT | | CA | 314.11 | Union | Office Supplies |
| 167 | *8607 | Shukimba Carlis | 7/15/2022 | AUTOGRAPH NOTARY HTL PHILADELPHIA PA FOLIO #M19830 | AUTOGRAPH NOTARY | Philadelphia | PA | 2,781.20 | Union | Hotel |
| 168 | *8979 | Sofia Herrera | 07/18/2022 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (372.49) | Union | Return / Credit |
| 169 | *8979 | Sofia Herrera | 07/19/2022 | EXPERIAN* CREDIT REPOR 479-3436237 CA | EXPERIAN CREDIT | | CA | 14.99 | Union | Credit Report Services |
| 170 | *8979 | Sofia Herrera | 07/20/2022 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (97.54) | Union | Return / Credit |
| 171 | *8979 | Sofia Herrera | 07/26/2022 | UBER PASS 8005928996 CA | UBER PASS | | CA | 9.99 | Union | Transportation |
| 172 | *8979 | Sofia Herrera | 07/26/2022 | ANTHROPOLOGIE.COM 800-309- CREDIT | ANTHROPOLOGIE.COM | | PA | (248.69) | Union | Return / Credit |
| 173 | *8979 | Sofia Herrera | 07/26/2022 | ANTHROPOLOGIE.COM 800-309- CREDIT | ANTHROPOLOGIE.COM | | PA | (281.13) | Union | Return / Credit |
| 174 | *8979 | Sofia Herrera | 07/26/2022 | ANTHROPOLOGIE.COM 800-309- CREDIT | ANTHROPOLOGIE.COM | | PA | (224.90) | Union | Return / Credit |
| 175 | *8979 | Sofia Herrera | 07/26/2022 | ANTHROPOLOGIE.COM 800-309- CREDIT | ANTHROPOLOGIE.COM | | PA | (304.92) | Union | Return / Credit |
| 176 | *8979 | Sofia Herrera | 07/26/2022 | ANTH ROPOLOGIE.COM 800-309- CREDIT | ANTH ROPOLOGIE.COM | | | (183.81) | Union | Return / Credit |
| 177 | *8979 | Sofia Herrera | 07/26/2022 | OFFICE DEPOT #5125 800-463-3768 CA | OFFICE DEPOT | | CA | 40.37 | Union | Office Supplies |
| 178 | *8979 | Sofia Herrera | 07/27/2022 | 1 -800-FLOWERS.COM,INC. 800-468-1141 NY | 1 -800-FLOWERS.COM,INC | | NY | 92.09 | Union | Flowers |
| 179 | *8979 | Sofia Herrera | 07/29/2022 | TRAVEL + WELL SANTA ROSA CA | TRAVEL WELL SANTA | Santa Rosa | CA | 45.33 | Union | Travel Toiletries |
| 180 | *8979 | Sofia Herrera | 07/30/2022 | STAPLES DIRECT FRAMINGHAM MA CREDIT | STAPLES DIRECT FRAMINGHAM | Framingham | MA | (87.10) | Union | Return / Credit |
| 181 | *8979 | Sofia Herrera | 07/30/2022 | STAPLES DIRECT 800-3333330 MA | STAPLES DIRECT | | MA | 87.10 | Union | Returned |
| 182 | *8979 | Sofia Herrera | 07/30/2022 | STAPLES DIRECT 800-3333330 MA | STAPLES DIRECT | | MA | 49.05 | Union | Returned |
| 183 | *8979 | Sofia Herrera | 08/01/2022 | ANTHROPOLOGIE.COM 800-309- CREDIT | ANTHROPOLOGIE.COM | | PA | (967.72) | Union | Return / Credit |
| 184 | *8979 | Sofia Herrera | 08/01/2022 | ANTHROPOLOGIE.COM 800-309- CREDIT | ANTHROPOLOGIE.COM | | PA | (138.72) | Union | Return / Credit |
| 185 | *8979 | Sofia Herrera | 08/08/2022 | TRAVEL + WELL SANTA ROSA CA | TRAVEL WELL SANTA | Santa Rosa | CA | 84.79 | Union | Travel Toiletries |
| 186 | *8979 | Sofia Herrera | 08/13/2022 | FANTASY CASINO 909-305-1800 CA | FANTASY CASINO | | CA | 4,310.00 | Union | Casino Night Event |
| 187 | *8979 | Sofia Herrera | 08/19/2022 | EXPERIAN* CREDIT REPOR 479-3436237 CA | EXPERIAN CREDIT | | CA | 14.99 | Union | Credit Report Services |
| 188 | *8979 | Sofia Herrera | 08/25/2022 | UBER *TRIP HELP.UBER.C AMSTERDAM NL 2208 10.00 978 1.000000 UBER TRIP HELP.UBER.C | | | | 10.00 | Union | Transportation |
| 189 | *8979 | Sofia Herrera | 08/26/2022 | UBER PASS 8005928996 CA | UBER PASS | | CA | 9.99 | Union | Transportation |
| 190 | *8979 | Sofia Herrera | 08/26/2022 | STAPLES DIRECT 800-3333330 MA | STAPLES DIRECT | | MA | 18.67 | Union | Office Supplies |
| 191 | *8607 | Shukimba Carlis | 8/26/2022 | STAPLES DIRECT FRAMINGHAM MA CREDIT | STAPLES DIRECT FRAMINGHAM | Framingham | MA | (49.05) | Union | Return / Credit |
| 192 | *8979 | Sofia Herrera | 09/01/2022 | UBER TRIP 8005928996 CA | UBER TRIP | | CA | 145.62 | Union | Transportation |
| 193 | *8979 | Sofia Herrera | 09/06/2022 | UBER TRIP 8005928996 CA | UBER TRIP | | CA | 17.09 | Union | Transportation |
| 194 | *8979 | Sofia Herrera | 09/06/2022 | UBER TRIP 8005928996 CA | UBER TRIP | | CA | 16.41 | Union | Transportation |
| 195 | *8607 | Shukimba Carlis | 09/07/2022 | STAPLES 00113472 BURBANK CA | STAPLES | Burbank | CA | 86.64 | Union | Office Supplies |
| 196 | *8607 | Shukimba Carlis | 9/8/2022 | UBER TRIP 8005928996 CA | UBER TRIP | | CA | 15.05 | Union | Transportation |
| 197 | *8607 | Shukimba Carlis | 9/8/2022 | UBER TRIP 8005928996 CA | UBER TRIP | | CA | 9.05 | Union | Transportation |
| | | | | | **Total Union-Combined Cards** | | | **$ 69,561.85** | | |