UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

*UNITED STATES OF AMERICA vs. SHUKIMBA MALIK CARLIS*
Case No.: 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT C

## Schedule JSH A2, "Possibly Union Related" Transactions (Combined)

Itemized transactions from both cards classified by the defense forensic accountant as possibly related to legitimate union business. Total: $56,083.49

DRAFT

**Case: US Department of Labor v Sofia Herrera and Shukimba Carlis**
**Case #: I22910037464-J**

**Schedule: JSH A2. Trans Comb-Poss Union.V**

| BOTH CREDIT CARDS COMBINED -- DATE ORDER - *POSSIBLE* UNION RELATED PURCHASES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Line # | Account Number | Card Holder | Date | Description | Business Name | City | State | Amount | Purchase Classification | Vender Product / Service |
| 1 | *8607 | Shukimba Carlis | 3/1/2021 | VINTNERS GOLF CLUB LLC YOUNTVILLE CA | VINTNERS GOLF CLUB | Yountville | CA | 164.49 | Possible Union | |
| 2 | *8607 | Shukimba Carlis | 3/19/2021 | TLF*A NUTTER DAISY KAR NORCO CA | TLFA NUTTER DAISY | Norco | CA | 79.75 | Possible Union | Flowers |
| 3 | *8979 | Sofia Herrera | 04/26/2021 | THERAPIST AID JACKSONVILLE FL | THERAPIST AID JACKSONVILLE | Jacksonville | FL | 75.00 | Possible Union | Therapy |
| 4 | *8979 | Sofia Herrera | 05/14/2021 | ANTHROPOLOGIE #567 WALNUT CREEK CA | ANTHROPOLOGIE | Walnut Creek | CA | 1,375.86 | Possible Union | Clothing |
| 5 | *8979 | Sofia Herrera | 05/26/2021 | ANTHROPOLOGIE #509 GLENDALE CA | ANTHROPOLOGIE | Glendale | CA | 1,585.40 | Possible Union | Clothing |
| 6 | *8979 | Sofia Herrera | 05/27/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 214.09 | Possible Union | Clothing |
| 7 | *8979 | Sofia Herrera | 06/02/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 194.62 | Possible Union | Clothing |
| 8 | *8979 | Sofia Herrera | 06/16/2021 | TARGET 00002949 NORTH HOLLYWO CA | TARGET | | CA | 25.39 | Possible Union | Department Store |
| 9 | *8979 | Sofia Herrera | 06/18/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 444.34 | Possible Union | Clothing |
| 10 | *8979 | Sofia Herrera | 06/18/2021 | ANTHROPOLOGIE #509 GLENDALE CA | ANTHROPOLOGIE | Glendale | CA | 332.20 | Possible Union | Clothing |
| 11 | *8979 | Sofia Herrera | 06/19/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 127.88 | Possible Union | Clothing |
| 12 | *8979 | Sofia Herrera | 06/23/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 65.05 | Possible Union | Clothing |
| 13 | *8979 | Sofia Herrera | 06/25/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 269.19 | Possible Union | Clothing |
| 14 | *8979 | Sofia Herrera | 06/25/2021 | ANTHROPOLOGIE #567 WALNUT CREEK CA | ANTHROPOLOGIE | Walnut Creek | CA | 213.15 | Possible Union | Clothing |
| 15 | *8979 | Sofia Herrera | 06/26/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 352.49 | Possible Union | Clothing |
| 16 | *8979 | Sofia Herrera | 07/03/2021 | ANTHROPOLOGIE #509 GLENDALE CA | ANTHROPOLOGIE | Glendale | CA | 248.60 | Possible Union | Clothing |
| 17 | *8979 | Sofia Herrera | 07/03/2021 | TARGET 00013623 BURBANK CA | TARGET | Burbank | CA | 13.21 | Possible Union | Department Store |
| 18 | *8979 | Sofia Herrera | 07/14/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 843.38 | Possible Union | Clothing |
| 19 | *8979 | Sofia Herrera | 08/18/2021 | ANTHROPOLOGIE #509 GLENDALE CA | ANTHROPOLOGIE | Glendale | CA | 187.00 | Possible Union | Clothing |
| 20 | *8979 | Sofia Herrera | 08/20/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 711.46 | Possible Union | Clothing |
| 21 | *8979 | Sofia Herrera | 09/01/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 583.88 | Possible Union | Clothing |
| 22 | *8979 | Sofia Herrera | 09/23/2021 | ANTH ROPOLOGIE #1451 NAPA CA | ANTH ROPOLOGIE | Napa | CA | 321.10 | Possible Union | Clothing |
| 23 | *8979 | Sofia Herrera | 11/08/2021 | TARGET 00013623 BURBANK CA | TARGET | Burbank | CA | 74.03 | Possible Union | Department Store |
| 24 | *8979 | Sofia Herrera | 11/10/2021 | BHN*GIFTCARDS.COM 877-9443822 CA | BHNGIFTCARDS.COM | | CA | 433.30 | Possible Union | Digital Gift Cards |
| 25 | *8979 | Sofia Herrera | 11/26/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 346.84 | Possible Union | Clothing |
| 26 | *8979 | Sofia Herrera | 11/27/2021 | BHN*GIFTCARDS.COM 877-9443822 CA | BHNGIFTCARDS.COM | | CA | 255.95 | Possible Union | Digital Gift Cards |
| 27 | *8607 | Shukimba Carlis | 12/9/2021 | TARGET 00013623 BURBANK CA | TARGET | Burbank | CA | 95.98 | Possible Union | Department Store |
| 28 | *8607 | Shukimba Carlis | 12/10/2021 | TARGET 00006759 FAIRFIELD CREDIT | TARGET | | | (39.67) | Possible Union | Return / Credit |
| 29 | *8979 | Sofia Herrera | 12/15/2021 | BHN*GIFTCARDS.COM 877-9443822 CA | BHNGIFTCARDS.COM | | CA | 323.90 | Possible Union | Digital Gift Cards |
| 30 | *8979 | Sofia Herrera | 12/21/2021 | TUMI STORES INC VACAVILLE CA | TUMI STORES INC | Vacaville | CA | 408.47 | Possible Union | Luggage |
| 31 | *8979 | Sofia Herrera | 12/23/2021 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 278.25 | Possible Union | Clothing |
| 32 | *8979 | Sofia Herrera | 12/24/2021 | TUMI STORES INC VACAVILLE CA | TUMI STORES INC | Vacaville | CA | 205.73 | Possible Union | Luggage |
| 33 | *8979 | Sofia Herrera | 01/03/2022 | TUMI STORES INC NEW YORK NY | TUMI STORES INC | York | NY | 2,955.97 | Possible Union | Luggage |
| 34 | *8979 | Sofia Herrera | 01/04/2022 | TUMI.COM 800-2998864 NJ | TUMI.COM | | NJ | 2,000.32 | Possible Union | Luggage |
| 35 | *8607 | Shukimba Carlis | 1/31/2022 | NAPKINS BAR AND GRILL NAPA CA | NAPKINS BAR AND | Napa | CA | 174.79 | Possible Union | Restaurant |
| 36 | *8607 | Shukimba Carlis | 1/31/2022 | NAPASTAKNAPA CA | NAPASTAKNAPA CA | Napa | CA | 32.17 | Possible Union | Restaurant |
| 37 | *8979 | Sofia Herrera | 02/17/2022 | TUMI.COM 800-2998864 NJ | TUMI.COM | | NJ | 494.53 | Possible Union | Luggage |
| 38 | *8979 | Sofia Herrera | 02/19/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 581.71 | Possible Union | Clothing |
| 39 | *8607 | Shukimba Carlis | 2/21/2022 | 76 - DBA SUISUN CITY G SUISUN CITY CA | 76 - DBA SUISUN | Suisun City | CA | 99.26 | Possible Union | Gasoline |

DRAFT

**Case: US Department of Labor v Sofia Herrera and Shukimba Carlis**
**Case #: I22910037464-J**

**Schedule: JSH A2. Trans Comb-Poss Union.V**

**BOTH CREDIT CARDS COMBINED -- DATE ORDER - *POSSIBLE* UNION RELATED PURCHASES**

| Line # | Account Number | Card Holder | Date | Description | Business Name | City | State | Amount | Purchase Classification | Vender Product / Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | *8607 | Shukimba Carlis | 2/22/2022 | TARGET 00013623 BURBANK CA | TARGET | Burbank | CA | 41.53 | Possible Union | Department Store |
| 41 | *8979 | Sofia Herrera | 02/28/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 207.60 | Possible Union | Clothing |
| 42 | *8979 | Sofia Herrera | 02/28/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 551.44 | Possible Union | Clothing |
| 43 | *8979 | Sofia Herrera | 03/01/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 304.92 | Possible Union | Clothing |
| 44 | *8979 | Sofia Herrera | 03/05/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 151.38 | Possible Union | Clothing |
| 45 | *8607 | Shukimba Carlis | 3/9/2022 | WM SUPERCENTER #3708 SUISUN CITY CA SHUKIMBA M CARLIS | WM SUPERCENTER | Suisun City | CA | 76.79 | Possible Union | |
| 46 | *8979 | Sofia Herrera | 03/11/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 754.71 | Possible Union | Clothing |
| 47 | *8979 | Sofia Herrera | 03/11/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 210.84 | Possible Union | Clothing |
| 48 | *8607 | Shukimba Carlis | 3/12/2022 | TST* TARLA MEDITERRANE NAPA CA | TARLA MEDITERRANE | Napa | CA | 185.94 | Possible Union | In Hotel Restaurant |
| 49 | *8979 | Sofia Herrera | 03/13/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 549.28 | Possible Union | Clothing |
| 50 | *8979 | Sofia Herrera | 03/14/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 205.44 | Possible Union | Clothing |
| 51 | *8979 | Sofia Herrera | 03/15/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 534.57 | Possible Union | Clothing |
| 52 | *8979 | Sofia Herrera | 03/15/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 210.84 | Possible Union | Clothing |
| 53 | *8607 | Shukimba Carlis | 3/15/2022 | WM SUPERCENTER #3708 SUISUN CITY CA | WM SUPERCENTER | Suisun City | CA | 54.10 | Possible Union | |
| 54 | *8607 | Shukimba Carlis | 3/15/2022 | WAL-MART #3708 SUISUN CITY CA CREDIT | WAL-MART | Suisun City | CA | (24.80) | Possible Union | Return / Credit |
| 55 | *8979 | Sofia Herrera | 03/17/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 486.56 | Possible Union | Clothing |
| 56 | *8979 | Sofia Herrera | 03/25/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 245.15 | Possible Union | Clothing |
| 57 | *8607 | Shukimba Carlis | 3/29/2022 | KWONGS TAILOR SHOP FAIRFIELD CA | KWONGS TAILOR SHOP | Fairfield | OR | 384.00 | Possible Union | Sewing and Tailoring |
| 58 | *8979 | Sofia Herrera | 03/30/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 224.90 | Possible Union | Clothing |
| 59 | *8607 | Shukimba Carlis | 3/31/2022 | SQ *JOEY DTLA LOS ANGELES CA | JOEY DTLA LOS ANGELES | Los Angeles | CA | 176.37 | Possible Union | Restaurant |
| 60 | *8979 | Sofia Herrera | 04/01/2022 | SQ *VERDE SAN DIEGO CA | VERDE SAN DIEGO | San Diego | CA | 782.43 | Possible Union | Restaurant |
| 61 | *8979 | Sofia Herrera | 04/02/2022 | MIMMO'S SAN DIEGO CA | MIMMOS SAN DIEGO | San Diego | CA | 217.40 | Possible Union | Restaurant |
| 62 | *8607 | Shukimba Carlis | 4/4/2022 | 2430 SMF SACTOWN SHOP SACRAMENTO CA | SMF SACTOWN | Sacramento | CA | 8.38 | Possible Union | Convenience Store |
| 63 | *8607 | Shukimba Carlis | 4/9/2022 | NAPASPORTNAPA CA | NAPASPORTNAPA CA | Napa | CA | 263.35 | Possible Union | Restaurant |
| 64 | *8607 | Shukimba Carlis | 4/9/2022 | NAPASTAK NAPA CA | NAPASTAK NAPA CA | Napa | CA | 121.06 | Possible Union | Restaurant |
| 65 | *8979 | Sofia Herrera | 04/11/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 387.76 | Possible Union | Clothing |
| 66 | *8979 | Sofia Herrera | 04/21/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 540.63 | Possible Union | Clothing |
| 67 | *8979 | Sofia Herrera | 04/26/2022 | THERAPISTAIDJACKSONVILLE FL | THERAPISTAIDJACKSONVILLE | Jacksonville | FL | 75.00 | Possible Union | Therapy |
| 68 | *8607 | Shukimba Carlis | 4/27/2022 | INTl NAPA CA | INTl NAPA CA | Napa | CA | 217.66 | Possible Union | Airport |
| 69 | *8979 | Sofia Herrera | 04/28/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 268.15 | Possible Union | Clothing |
| 70 | *8607 | Shukimba Carlis | 4/28/2022 | WAL-MART #3708 SUISUN CITY CA | WAL-MART | Suisun City | CA | 10.43 | Possible Union | |
| 71 | *8979 | Sofia Herrera | 05/12/2022 | CVS/PHARMACY#10445 GLENDALE CA | CVSPHARMACY10445 | Glendale | CA | 89.35 | Possible Union | Pharmacy |
| 72 | *8979 | Sofia Herrera | 05/12/2022 | CVS/PHARMACY #1 0445 GLENDALE CA | CVSPHARMACY 1 | Glendale | CA | 3.09 | Possible Union | Pharmacy |
| 73 | *8979 | Sofia Herrera | 05/12/2022 | ANTHROPOLOGIE #509 GLENDALE CA | ANTHROPOLOGIE | Glendale | CA | 1,235.83 | Possible Union | Clothing |
| 74 | *8607 | Shukimba Carlis | 5/12/2022 | FRIDA AMERICANA-GLENDA GLENDALE CA | FRIDA AMERICANA-GLENDA | Glendale | CA | 177.43 | Possible Union | Restaurant |
| 75 | *8607 | Shukimba Carlis | 5/13/2022 | EDIBLE ARRANGEMENTS 678-992-2300 GA | EDIBLE ARRANGEMENTS | | GA | 114.25 | Possible Union | Gifts |
| 76 | *8607 | Shukimba Carlis | 5/13/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 500.45 | Possible Union | Clothing |
| 77 | *8979 | Sofia Herrera | 05/14/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 610.91 | Possible Union | Clothing |
| 78 | *8979 | Sofia Herrera | 05/14/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 780.29 | Possible Union | Clothing |

DRAFT

**Case: US Department of Labor v Sofia Herrera and Shukimba Carlis**
**Case #: I22910037464-J**

**Schedule: JSH A2. Trans Comb-Poss Union.V**

**BOTH CREDIT CARDS COMBINED -- DATE ORDER - *POSSIBLE* UNION RELATED PURCHASES**

| Line # | Account Number | Card Holder | Date | Description | Business Name | City | State | Amount | Purchase Classification | Vender Product / Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 79 | *8607 | Shukimba Carlis | 5/15/2022 | TARGET 00013623 BURBANK CA | TARGET | Burbank | CA | 108.02 | Possible Union | Department Store |
| 80 | *8607 | Shukimba Carlis | 5/15/2022 | HUDSON ST1 494 BURBANK CA | HUDSON ST1 | Burbank | CA | 16.02 | Possible Union | Souvenir Store |
| 81 | *8979 | Sofia Herrera | 05/16/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 579.76 | Possible Union | Clothing |
| 82 | *8979 | Sofia Herrera | 05/17/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 356.81 | Possible Union | Clothing |
| 83 | *8979 | Sofia Herrera | 05/17/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 455.17 | Possible Union | Clothing |
| 84 | *8607 | Shukimba Carlis | 5/17/2022 | TARGET 00013623 BURBANK CA | TARGET | Burbank | CA | 116.12 | Possible Union | Department Store |
| 85 | *8607 | Shukimba Carlis | 5/18/2022 | HUDSON ST1 494 BURBANK CA | HUDSON ST1 | Burbank | CA | 24.46 | Possible Union | Souvenir Store |
| 86 | *8979 | Sofia Herrera | 05/19/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 427.09 | Possible Union | Clothing |
| 87 | *8607 | Shukimba Carlis | 5/19/2022 | 0423 SMF GOOD DAY SAC SACRAMENTO CA | SMF GOOD DAY | Sacramento | CA | 4.69 | Possible Union | Convenience Store |
| 88 | *8979 | Sofia Herrera | 05/20/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 138.40 | Possible Union | Clothing |
| 89 | *8979 | Sofia Herrera | 05/20/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 163.27 | Possible Union | Clothing |
| 90 | *8979 | Sofia Herrera | 05/24/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 753.63 | Possible Union | Clothing |
| 91 | *8979 | Sofia Herrera | 05/25/2022 | TOCK AT*DOMAINE CARNER 8446261525 IL | TOCK ATDOMAINE | Maine | IL | 77.25 | Possible Union | Returned |
| 92 | *8979 | Sofia Herrera | 05/25/2022 | TOCK AT*DOMAINE CARNER 8446261525 IL | TOCK ATDOMAINE | Maine | IL | 25.00 | Possible Union | Returned |
| 93 | *8979 | Sofia Herrera | 05/28/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 459.53 | Possible Union | Clothing |
| 94 | *8979 | Sofia Herrera | 05/29/2022 | COSTCO BY INSTACART SAN FRANCISCO CA | COSTCO BY INSTACART | San Francisco | CA | 225.00 | Possible Union | Warehouse Club Retail Store |
| 95 | *8979 | Sofia Herrera | 05/29/2022 | COSTCO BY INSTACART SAN FRANCISCO CA | COSTCO BY INSTACART | San Francisco | CA | 45.38 | Possible Union | Warehouse Club Retail Store |
| 96 | *8979 | Sofia Herrera | 05/31/2022 | COSTCO BY INSTACART SAN FRANCISCO CA | COSTCO BY INSTACART | San Francisco | CA | 240.00 | Possible Union | Warehouse Club Retail Store |
| 97 | *8979 | Sofia Herrera | 05/31/2022 | COSTCO BY INSTACART SAN FRANCISCO CA | COSTCO BY INSTACART | San Francisco | CA | 65.00 | Possible Union | Warehouse Club Retail Store |
| 98 | *8979 | Sofia Herrera | 06/07/2022 | SP FARM RIO NEW YORK NY | SP FARM RIO NEW | York | NY | 946.10 | Possible Union | Clothing |
| 99 | *8979 | Sofia Herrera | 06/07/2022 | SP FARM RIO NEW YORK NY SOFIA HERRARA | SP FARM RIO NEW | York | NY | 308.16 | Possible Union | Clothing |
| 100 | *8607 | Shukimba Carlis | 6/8/2022 | TARGET 00011205 PASO ROBLES CA | TARGET | Paso Robles | CA | 34.30 | Possible Union | Department Store |
| 101 | *8979 | Sofia Herrera | 06/10/2022 | SP FARM RIO NEW YORK NY | SP FARM RIO NEW | York | NY | 1,659.72 | Possible Union | Clothing |
| 102 | *8979 | Sofia Herrera | 06/10/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 162.19 | Possible Union | Clothing |
| 103 | *8979 | Sofia Herrera | 06/10/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 97.54 | Possible Union | Clothing |
| 104 | *8979 | Sofia Herrera | 06/10/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 108.31 | Possible Union | Clothing |
| 105 | *8607 | Shukimba Carlis | 6/10/2022 | LA BELLASERA ATLANTA GA FOLIO #0005903 | LA BELLASERA ATLANTA | Atlanta | GA | 177.84 | Possible Union | Restaurant |
| 106 | *8607 | Shukimba Carlis | 6/10/2022 | ARCO#07133ARC0 #O71QPS FREMONT CA | ARCO07133ARC0 O71QPS | Fremont | CA | 100.00 | Possible Union | Gasoline |
| 107 | *8979 | Sofia Herrera | 06/11/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 75.86 | Possible Union | Clothing |
| 108 | *8979 | Sofia Herrera | 06/12/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 1,763.27 | Possible Union | Clothing |
| 109 | *8979 | Sofia Herrera | 06/12/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 162.19 | Possible Union | Clothing |
| 110 | *8979 | Sofia Herrera | 06/12/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 268.15 | Possible Union | Clothing |
| 111 | *8979 | Sofia Herrera | 06/13/2022 | TOCK AT*DOMAINE CARNER 8446261525 IL | TOCK ATDOMAINE | Maine | IL | 50.00 | Possible Union | Returned |
| 112 | *8979 | Sofia Herrera | 06/13/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 138.72 | Possible Union | Clothing |
| 113 | *8607 | Shukimba Carlis | 6/14/2022 | CHEVRON 0201302 VACAVILLE CA | CHEVRON | Vacaville | CA | 5.58 | Possible Union | Gasoline |
| 114 | *8979 | Sofia Herrera | 06/15/2022 | SP LAUREN GOOD DAY NEW TOWN ND | SP LAUREN GOOD DAY | New Town | ND | 128.96 | Possible Union | Clothing |
| 115 | *8979 | Sofia Herrera | 06/15/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 138.40 | Possible Union | Clothing |
| 116 | *8979 | Sofia Herrera | 06/15/2022 | COSTCO BY INSTACART SAN FRANCISCO CA | COSTCO BY INSTACART | San Francisco | CA | 148.44 | Possible Union | Warehouse Club Retail Store |
| 117 | *8607 | Shukimba Carlis | 6/15/2022 | CHEVRON 0375748 SAN LUIS OBIS CA | CHEVRON | | CA | 6.50 | Possible Union | Gasoline |
| 118 | *8979 | Sofia Herrera | 06/16/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 138.40 | Possible Union | Clothing |

DRAFT

**Case: US Department of Labor v Sofia Herrera and Shukimba Carlis**
**Case #: I22910037464-J**

**Schedule: JSH A2. Trans Comb-Poss Union.V**

**BOTH CREDIT CARDS COMBINED -- DATE ORDER - *POSSIBLE* UNION RELATED PURCHASES**

| Line # | Account Number | Card Holder | Date | Description | Business Name | City | State | Amount | Purchase Classification | Vender Product / Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 119 | *8607 | Shukimba Carlis | 6/16/2022 | LA BELLASERA ATLANTA GA FOLIO #0006192 | LA BELLASERA ATLANTA | Atlanta | GA | 629.51 | Possible Union | Restaurant |
| 120 | *8607 | Shukimba Carlis | 6/16/2022 | CHEVRON 0098425 GROVER CITY CA | CHEVRON | | CA | 141.87 | Possible Union | Gasoline |
| 121 | *8607 | Shukimba Carlis | 6/16/2022 | CHEVRON 0098425 GROVER CITY CA | CHEVRON | | CA | 2.76 | Possible Union | Gasoline |
| 122 | *8979 | Sofia Herrera | 06/20/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 679.02 | Possible Union | Clothing |
| 123 | *8979 | Sofia Herrera | 06/21/2022 | BERGDORFGOODMAN.COM 888-774-2424 TX | BERGDORFGOODMAN.COM | | TX | 459.53 | Possible Union | Clothing |
| 124 | *8979 | Sofia Herrera | 06/22/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 305.34 | Possible Union | Clothing |
| 125 | *8607 | Shukimba Carlis | 6/22/2022 | TRAVEL + WELL SANTA ROSA CA | TRAVEL WELL SANTA | Santa Rosa | CA | 16.26 | Possible Union | Travel |
| 126 | *8979 | Sofia Herrera | 06/23/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 839.73 | Possible Union | Clothing |
| 127 | *8979 | Sofia Herrera | 06/23/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 234.39 | Possible Union | Clothing |
| 128 | *8979 | Sofia Herrera | 06/24/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 134.08 | Possible Union | Clothing |
| 129 | *8607 | Shukimba Carlis | 6/24/2022 | TARGET 00013623 BURBANK CA | TARGET | Burbank | CA | 36.81 | Possible Union | Department Store |
| 130 | *8979 | Sofia Herrera | 06/25/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 281.13 | Possible Union | Clothing |
| 131 | *8607 | Shukimba Carlis | 6/26/2022 | 0423 SMF GOOD DAY SAC SACRAMENTO CA | SMF GOOD DAY | Sacramento | CA | 7.84 | Possible Union | Convenience Store |
| 132 | *8979 | Sofia Herrera | 06/28/2022 | TOCK AT*DOMAINE CARNER 84462615 CREDIT | TOCK ATDOMAINE | | | (77.25) | Possible Union | Return / Credit |
| 133 | *8979 | Sofia Herrera | 06/28/2022 | TOCK AT*DOMAINE CARNER 84462615 CREDIT | TOCK ATDOMAINE | | | (50.00) | Possible Union | Return / Credit |
| 134 | *8979 | Sofia Herrera | 06/28/2022 | TOCK AT*DOMAINE CARNER 84462615 CREDIT | TOCK ATDOMAINE | | | (25.00) | Possible Union | Return / Credit |
| 135 | *8979 | Sofia Herrera | 07/01/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 484.40 | Possible Union | Clothing |
| 136 | *8979 | Sofia Herrera | 07/02/2022 | VINO VOLO SMF-B SACRAMENTO CA | VINO VOLO SMF-B | Sacramento | CA | 23.32 | Possible Union | Travel Meals |
| 137 | *8979 | Sofia Herrera | 07/03/2022 | COURTYARD BY MARRIOTT ANAHEIM CA FOLIO #M18827 | COURTYARD BY MARRIOTT | Anaheim | CA | 2,197.83 | Possible Union | Travel |
| 138 | *8607 | Shukimba Carlis | 7/6/2022 | TARGET 00002014 SAN DIEGO CA | TARGET | San Diego | CA | 34.30 | Possible Union | Department Store |
| 139 | *8979 | Sofia Herrera | 07/07/2022 | INTERMIX 8554464943 NY | INTERMIX | | NY | 679.03 | Possible Union | Clothing |
| 140 | *8979 | Sofia Herrera | 07/07/2022 | IC* COSTCO BY INSTACAR SAN FRANCISCO CA | IC COSTCO BY INSTACAR | San Francisco | CA | 115.44 | Possible Union | Warehouse Club Retail Store |
| 141 | *8979 | Sofia Herrera | 07/11/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 395.57 | Possible Union | Clothing |
| 142 | *8979 | Sofia Herrera | 07/11/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 356.81 | Possible Union | Clothing |
| 143 | *8607 | Shukimba Carlis | 7/11/2022 | VINO VOLO SMF-A SACRAMENTO CA | VINO VOLO SMF-A | Sacramento | CA | 14.82 | Possible Union | |
| 144 | *8607 | Shukimba Carlis | 7/11/2022 | KWONGS TAILOR SHOP FAIRFIELD CA | KWONGS TAILOR SHOP | Fairfield | OR | 345.00 | Possible Union | Sewing and Tailoring |
| 145 | *8607 | Shukimba Carlis | 7/11/2022 | CVS/PHARMACY #02866 PHILADELPHIA PA | CVSPHARMACY | Philadelphia | PA | 5.68 | Possible Union | Pharmacy |
| 146 | *8979 | Sofia Herrera | 07/12/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 955.87 | Possible Union | Clothing |
| 147 | *8979 | Sofia Herrera | 07/13/2022 | IC* COSTCO BY INSTACAR SAN FRANCISCO CA | IC COSTCO BY INSTACAR | San Francisco | CA | 175.00 | Possible Union | Warehouse Club Retail Store |
| 148 | *8979 | Sofia Herrera | 07/14/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 48.45 | Possible Union | Clothing |
| 149 | *8979 | Sofia Herrera | 07/14/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 237.88 | Possible Union | Clothing |
| 150 | *8979 | Sofia Herrera | 07/19/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 567.66 | Possible Union | Clothing |
| 151 | *8979 | Sofia Herrera | 07/20/2022 | SP FARM RIO NEW YORK NY | SP FARM RIO NEW | York | NY | 1,027.19 | Possible Union | Clothing |
| 152 | *8979 | Sofia Herrera | 07/21/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 160.03 | Possible Union | Clothing |
| 153 | *8979 | Sofia Herrera | 07/21/2022 | COSTCO DELIVERY 653 800-788-9968 CA | COSTCO DELIVERY | | CA | 330.32 | Possible Union | Warehouse Club Retail Store |
| 154 | *8979 | Sofia Herrera | 07/21/2022 | AMZN MKTP US*WG4HU3UR3 AMZN.COM/BILL WA | AMZN.COMBILL | | WA | 1,784.07 | Possible Union | |
| 155 | *8979 | Sofia Herrera | 07/26/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 291.94 | Possible Union | Clothing |
| 156 | *8979 | Sofia Herrera | 07/28/2022 | ANTH ROPOLOGIE.COM 800-309-2500 PA | ANTH ROPOLOGIE.COM | | PA | 161.48 | Possible Union | Clothing |
| 157 | *8607 | Shukimba Carlis | 7/28/2022 | KWONGS TAILOR SHOP FAIRFIELD CA | KWONGS TAILOR SHOP | Fairfield | OR | 20.00 | Possible Union | Sewing and Tailoring |

DRAFT

**Case: US Department of Labor v Sofia Herrera and Shukimba Carlis**
**Case #: I22910037464-J**

**Schedule: JSH A2. Trans Comb-Poss Union.V**

**BOTH CREDIT CARDS COMBINED -- DATE ORDER - *POSSIBLE* UNION RELATED PURCHASES**

| Line # | Account Number | Card Holder | Date | Description | Business Name | City | State | Amount | Purchase Classification | Vender Product / Service |
|---|---|---|---|---|---|---|---|---|---|---|
| 158 | *8607 | Shukimba Carlis | 7/29/2022 | BEST BUY MHT 00001370 BURBANK CA | BEST BUY MHT | Burbank | CA | 117.93 | Possible Union | Electronics |
| 159 | *8979 | Sofia Herrera | 08/01/2022 | GFM*GOFUNDME FUNERAL REDWOOD CITY CA | GFMGOFUNDME FUNERAL | Redwood City | CA | 57.50 | Possible Union | Donation |
| 160 | *8979 | Sofia Herrera | 08/11/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 340.59 | Possible Union | Clothing |
| 161 | *8607 | Shukimba Carlis | 8/15/2022 | TARGET 00002014 SAN DIEGO CA | TARGET | San Diego | CA | 163.25 | Possible Union | Department Store |
| 162 | *8607 | Shukimba Carlis | 8/15/2022 | TARGET 00002014 SAN DIEGO CA | TARGET | San Diego | CA | 5.05 | Possible Union | Department Store |
| 163 | *8979 | Sofia Herrera | 08/18/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 340.59 | Possible Union | Clothing |
| 164 | *8979 | Sofia Herrera | 08/19/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 566.17 | Possible Union | Clothing |
| 165 | *8607 | Shukimba Carlis | 8/26/2022 | TARGET 00010264 NAPA CA | TARGET | Napa | CA | 16.15 | Possible Union | Department Store |
| 166 | *8979 | Sofia Herrera | 09/04/2022 | IC* COSTCO BY INSTACAR SAN FRANCISCO CA | IC COSTCO BY INSTACAR | San Francisco | CA | 160.00 | Possible Union | Warehouse Club Retail Store |
| 167 | *8607 | Shukimba Carlis | 09/04/2023 | VINO VOLO SMF-B SACRAMENTO CA | VINO VOLO SMF-B | Sacramento | CA | 16.05 | Possible Union | |
| 168 | *8979 | Sofia Herrera | 09/07/2022 | STL*RESUMEGENIUS.COM 8662159048 CH | STLRESUMEGENIUS.COM | | | 2.95 | Possible Union | Software Service \| Resume Assistance Website |
| 169 | *8979 | Sofia Herrera | 09/07/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 190.30 | Possible Union | Clothing |
| 170 | *8979 | Sofia Herrera | 09/07/2022 | ANTHROPOLOGIE.COM 800-309-2500 PA | ANTHROPOLOGIE.COM | | PA | 95.15 | Possible Union | Clothing |

**Total Possible Union-Combined Cards** **$ 56,083.49**