UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

*UNITED STATES OF AMERICA vs. SHUKIMBA MALIK CARLIS*
Case No.: 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT E

**November 15, 2022 letter from Ms. Carlis' former attorney, Russell J. Cole, to the Union**

**DePasquale & Cole**
115 Pine Avenue, Suite 560
Long Beach, California 90802
(213) 629-3550
prdrjclaw@gmail.com

PAUL R. DEPASQUALE
RUSSELL J. COLE

November 15, 2022

**Sent as an Email Attachment**

Carla Insinga
Judicial Panel Chairperson
American Federation of State, County and Municipal Employees
1625 "L" Street N.W.
Washington, D.C. 20036

Re: Judicial Panel Cases 22-19 and 22-102
Shukimba Carlis & Sofia Herrera

Dear Ms. Insinga:

First of all, my apologies for addressing prior emails to "Mr." Insinga. That was a mistake. Second are my apologies for addressing this letter to you. I doubt that you have any ability to respond to it substantively, but it seems to be the best way to make sure I was communicating with whomever is able to try to work this out. You will see from the email transmitting this letter that, knowing practically nothing about the union and/or the judicial panel, I am sending a copy to everybody I think might be involved.

It seems that everyone--the local and national union leadership, Ms. Carlis and Ms. Herrera, and counsel--all agree that the union should be able to have transparency regarding finances. Questions regarding money spent by Carlis and/or Herrera should be answered. The question is how best to do this?

I understand the judicial panel proceedings have been continued so that an audit can be done. Would anyone like to ask Carlis or Herrera questions as part of that audit? If so, they are willing to answer. Carlis or Herrera are also willing to respond to inquiries outside the parameters of an audit. But Carlis and Herrera are no longer members of AFSCME, and are not in a position to take time off from work at their new job to participate in AFSCME judicial panel

hearings. And, honestly, there seems to be no good reason for Carlis and Herrera to undergo the stress, aggravation and expense of such a process if the goal is clarity regarding the union's finances.

Neither Shukimba Carlis nor Sofia Herrera is legally obligated to communicate with AFSCME, much less take part in the Union's judicial panel hearing process. But both Carlis and Herrera are willing to help AFSCME Local 2620 sort out its finances, as long as that process is civil and cooperative rather than accusatory and adversarial.

Thank you (all of you) for your anticipated prompt attention to this matter of mutual concern. We look forward to hearing from you.

Sincerely,

Russell J. Cole

Russell J. Cole