UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

*UNITED STATES OF AMERICA vs. SHUKIMBA MALIK CARLIS*
Case No.: 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT F

**September 26, 2026 "Personal Statement of Acceptance, Reflection, and Remorse" from Ms. Carlis**

## Personal Statement of Acceptance, Reflection, and Remorse

I want to first acknowledge that I understand the seriousness of my actions and the impact they had on the members of the Union. I will not minimize, rationalize, or blame anyone else for the decisions I made. I accept full responsibility for my actions.

The members trusted me, and I let them down. I deeply regret that. I was also a Union member at the time, and when I put myself in their position, I understand how painful and upsetting it must have been to read and hear so many terrible things without knowing what was true and what was not. I should never have put them in that position. I should have made better decisions, and I did not. Because of that, I caused distress to people who trusted me, and I have carried a tremendous amount of shame, guilt, hurt, and embarrassment.

I may also lose a career that I absolutely love. My work has always centered on helping, supporting, and advocating for people who are vulnerable, disenfranchised, judged by society, or simply need someone who will listen to them without judgment. Regardless of what happens, I understand that my own decisions placed me in this position.

I often tell the clients I work with, including people who have committed very serious offenses, that doing something bad or even horrible does not make them a horrible person. I tell them that they still have an opportunity to rewrite their story and that they should not give up hope. I wish I could say those same words to myself as easily as I say them to others, but this experience has made that very difficult.

This experience has forced me to look honestly at myself, my judgment, and the decisions I made. One of the hardest lessons for me has been understanding that good intentions do not excuse poor judgment. I should have slowed down, asked more questions, followed the financial rules more carefully, and made sure that every decision involving Union money could withstand scrutiny. I did not do that, and I cannot go back and change it.

What I can do is decide what I do with the rest of my life. I have spent my career telling other people that accountability is not the end of their story. Accountability means acknowledging what you did, learning from it, making amends where you can, and making different decisions going forward. I have to hold myself to that same standard.

I am deeply sorry for the harm my actions caused. I am committed to making restitution and to continuing to demonstrate through my actions that I have learned from this experience. I cannot undo what happened, but I can make sure that the lessons from it affect how I live, work, and make decisions for the rest of my life.

I respectfully ask the Court to see me as a whole person-not just through the worst decisions I have made, but also through the life I have lived, the people I have helped, the family that depends on me, and the person I am working every day to become. I am asking for the opportunity to continue rewriting my story, to use what I have learned from this experience to do better, and hopefully, in time, to heal from it. I also hope that one day I can use my experience to help others avoid making similar decisions and to remind them that even after serious mistakes, life can continue and there can still be purpose, growth, and hope.

Shukimba Carlis

Signature: S. Carlis

Date: 9/25/26