UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

*UNITED STATES OF AMERICA vs. SHUKIMBA MALIK CARLIS*
Case No.: 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT G

**August 20, 2022 medical report from Dana Gilbert Schwarz, M.D.**

**Date printed:** 10/10/2026

Kaiser Permanente **Member name:** Andrew Carlis

Date of birth: [redacted]

**MRN:** 110012938933

# ED Provider Notes (Andrew)

Updated Aug 20, 2022

## ED Provider Notes by DANA GILBERT SCHWARZ MD at 8/20/2022 3:20 PM

HISTORY OF PRESENT ILLNESS:
Andrew Carlis is a 18 Y male who presents to the emergency department by Dixon PD on a 5150. Patient reportedly took 30 tablets of gabapentin ~3 weeks ago or so ago in an attempt to harm himself. Per his mother he took Tylenol 3 tablets today and attempt at self-harm. Patient is agitated and noncooperative here. He refuses to cooperate with staff in the ER and became combative and agitated had to be restrained by security. After being restrained pt states ~3 weeks ago he took gabapentin in an attempt in self harm. He states today he did not try to hurt himself. He states he took three "aspirin or ibuprofen, or whatever". No alleviating or aggrevating factors.

Per mother, pt stabbed his brother with a knife as well recently.

PAST MEDICAL HISTORY:
 ASTHMA, UNSPECIFIED
 TWINS LIVE BORN IN HOSPITAL.

MAJOR DEPRESSIVE DISORDER, SINGLE EPISODE
VITAMIN D DEFICIENCY
UNHEALTHY SUBSTANCE USE BEHAVIOR

FAMILY HISTORY: non-contributory

SOCIAL HISTORY:

**Social History**

Socioeconomic History
- **Marital status:** Single/Never Married

Tobacco Use
- **Smoking status:** Never Smoker

Substance and Sexual Activity
- **Sexual activity:** Never

MEDICATIONS:

No outpatient medications have been marked as taking for the 8/20/22 encounter (Hospital Encounter).

ALLERGIES:
No known allergies

REVIEW OF SYSTEMS:

Unable to perform ROS, pt is non-cooperative.

PHYSICAL EXAM:

Patient Vitals for the past 24 hrs:

| | Temp | Temp Source | Pulse | BP | Resp | SpO2 | O2 Delivery |
|---|---|---|---|---|---|---|---|
| 08/20/22 1452 | 97.5 °F (36.4 °C) | Oral | 64 | 117/60 | 18 | 99 % | RA |

APPEARANCE: Pt appears agitated and combative.

| | |
|---|---|
| PANEL, NAA | DETECTED |
| Specimen source | NP/OP |

No results found.

ASSESSMENT AND PLAN:
Andrew Carlis is a 18 Y male who presents to the emergency department by Dixon PD on a 5150. Patient reportedly took 30 tablets of gabapentin ~3 weeks ago in an attempt of self harm and today took three tablets of an uncertain medication, likely ibuprofen, aspirin, or tylenol.

Pt became agitated and combative when asked to change here.

Pt placed in restraints and given chemical restraint (haldol, versed)

differential diagnosis includes suicidal ideation, asa overdose, tylenol overdose, other overdose, depression, schizophrenia, drug induced agitation, drug induced psychosis

Psychiatry consulted.

Labs reviewed.

LFTs normal but Tylenol level elevated at 72

This is consistent with a Tylenol overdose

Case discussed with toxicology on-call. They recommended that the patient have Tylenol levels every 4 hours and LFTs every 4 hours until the Tylenol level is less than 20. They note that at that time if the LFTs are still normal then patient did not ingest enough time to do any liver damage and the patient is medically clear at that time.

Patient observed in the ER

Repeat Tylenol level 70. Repeat liver enzymes normal

Patient is awake and alert and psychiatry assessed the patient.

Patient noted to be anxious by nursing staff and Valium ordered p.o. for the patient.

Patient is COVID-negative

Patient signed out. Once the Tylenol level is less than 20 as long as the LFTs are normal patient will be medically clear at that time.

DANA GILBERT SCHWARZ MD

Psychiatry assessed the patient.

DX:
Suspected bipolar disorder
Depression

They felt he could go home with depakote 500 mg BID.

Pt can be discharged home once pt is medically clear

DANA GILBERT SCHWARZ MD