UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

*UNITED STATES OF AMERICA* vs. *SHUKIMBA MALIK CARLIS*
Case No.: 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT H

**July 23, 2025 letter from Ms. Carlis' former professional colleague, Forensic Clinical Psychologist Hanna Jones, Psy.D.**

HANNA JONES, PSYD

[redacted]

California Health Care Facility - CDCR
7707 Austin Rd
Stockton CA 95215

July 23, 2025

To Whom it May Concern,

I have worked with Ms. Carlis for a little over 6 months and she is the epitome of professionalism. Ms. Carlis is someone who will help others before helping herself and would gladly go out of her way to educate someone or train someone when needed. She single handedly runs a caseload of 80+ parolees and runs her own business with an even larger caseload. Ms. Carlis is capable of handling any and all tasks given to her no matter the size.

She is not afraid to ask questions and uphold the code of ethics to protect her clients. Ms. Carlis has an unmatched talent for being able to develop and maintain rapport with difficult clients while still holding appropriate and healthy boundaries. She is supportive of clients and coworkers and yet still is able to provide challenges and helpful critiques to help people grow.

I am proud to not only say Ms. Carlis helped train me at Therapy Associates of Solano County, but that she is such an amazing person that I continue to be able to call a dear friend. She would be a benefit and asset to anyone who has the opportunity to work with her.

Thank you.

Sincerely yours,

Hanna Jones, PsyD

Forensic Clinical Psychologist