UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

*UNITED STATES OF AMERICA vs. SHUKIMBA MALIK CARLIS*
Case No.: 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT I

**February 27, 2025, letter from Ms. Carlis' professional associate, Chuck Bell**

Chuck Bell

Oakland,CA

[redacted]

February 27th, 2025

To Whom It May Concern,

I am honored to write this letter of recommendation for Shukimba Carlis, a person of exceptional integrity, dedication, and character. I have had the privilege of knowing Shukimba for 15 years in both a personal and professional capacity, and I can confidently say that she is one of the most reliable and hardworking individuals I have encountered.

Shukimba possesses a rare combination of professionalism, compassion, and an unwavering commitment to excellence. She approaches every challenge with a positive attitude and a problem-solving mindset, making her an asset in any environment. Her ability to adapt to difficult situations while maintaining her composure and effectiveness is truly commendable.

Beyond her professional skills, Shukimba is a person of strong moral values. She is honest, trustworthy, and deeply committed to helping those around her. Whether through mentorship, community involvement, or simply lending a helping hand, she consistently demonstrates kindness and selflessness.

In any role or endeavor she pursues, I am confident that Shukimba will bring determination, integrity, and a high level of professionalism. I wholeheartedly recommend her without reservation and believe she will be an invaluable addition to any team or organization.

Please feel free to contact me if you require any further information.

Sincerely,

Chuck Bell