UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

*UNITED STATES OF AMERICA vs. SHUKIMBA MALIK CARLIS*
Case No.: 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT J

**March 25,2025, letter from Ms. Carlis' professional associate and close friend, Ms. Chantal Miller**

March 25,2025

To Whom It May Concern:

I am Chantal Miller, a close friend of Shukimba Carlis for 7 years. My personal experiences with Shukimba can be broken up into 3 eras: Shukimba, the state social worker; Shukimba, the union president; and, Shukimba, the business owner. Throughout all these stages of growth and responsibility, Shukimba never strayed from being honest, fair, dependable, and most notably optimistic.

At the state hospital, I quickly noticed how devoted Shukimba was to helping our patients succeed and completing quality documentation. From 9am to 4pm, Shukimba was rarely seen in her office even though we worked together on a co-ed geriatric unit. She was busy providing groups to our patients and to other patients off of our unit like individual therapy and group dialectical behavior therapy. She would often stay at work past 7pm completing her daily documentation, and I would accompany her as I let time pass to not drive home in traffic. During this down time, I got a glimpse of her personal life: her relationships with her sons and mom, her connection to her faith, and her drive behind her work ethic.

While working at Napa State Hospital, Shukimba was elected as the facility chief steward of our union's local chapter where she organized monthly meetings to communicate our site-specific concerns to the executive board and officers, and represented and aided countless members in meeting with management. She encouraged members to get involved in the union and advocated for transparency in all levels of leadership. I saw how this intentional engagement transitioned into her role as union president in 2020.

Shukimba emphasized throughout her presidency that she and the other elected officers were in service to put the local's members first by protecting their rights as state workers. Shukimba led with courage and curiosity as she traveled across the state to connect with diverse and widespread clinicians and professionals. In the two years of her presidency, I received many late-night voicemails from her sharing how she was excited about the way she was able to connect to the concerns of the union members directly by returning phone calls from her personal cell number at the end of her workday. She even, surprisingly, called on me to fill the gaps in appointment to the election and convention committees where I led close and challenging regional and statewide elections and assisted in the organization of the 2022 Local Convention in favorable San Diego.

With the both of us engaged in union work, our responsibility to our friendship was reinforced as we grew to rely on each other's strengths: Shukimba's unstoppable charisma and my

conscientious preparation. Together we started a sex offender treatment program that Shukimba thoughtfully named Open Arms Therapeutic Services. As an entrepreneur, Shukimba sought out our office space and referral contacts while acting as treatment director, primary clinician and interior designer. I managed the documentation, correspondence, scheduling, and billing. Whenever I had doubts about meeting the expectations of our contracts, Shukimba encouraged me that she knew no one better for the job. Our work at the treatment agency was reminiscent of our days working together in Napa, but more so with the freedom and enjoyment of working with my best friend/older sister. I looked forward to our quick conversations between clients on deciding what to eat for lunch, our plans for the week, and supporting each other in times of sympathy and triumph in the challenges of small business and business partnership.

As we continue now to be part of each other's community, Shukimba's friendship to me has been defined by loyalty and confidence. From working on the same treatment team at Napa State Hospital to me leaving my position at the sex offender treatment program, I still admire her integrity and dedication in her work. I know Shukimba's character to be authentically consistent and compassionate.

Thank you for your time and attention,

Chantal Miller

Chantal Miller
A Close Friend