UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

*UNITED STATES OF AMERICA vs. SHUKIMBA MALIK CARLIS*
Case No.: 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT K

**November 25, 2022 proof of Ms. Carlis' successful completion of Habitat for Humanity**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
CRIMINAL LAW DIVISION

□ Fairfield Branch
600 Union Avenue, Suite 151
Fairfield, CA 94533

□ Vallejo Branch
321 Tuolumne St
Vallejo, CA 94591

COURT CASE NO. FCR359885

NUMBER OF HOURS: 40.50 hr.

COMPLETION DATE: 11-25-2022

TO WHOM IT MAY CONCERN:

The bearer of this letter has requested volunteer work with your non-profit agency. If this is agreeable with you, please supervise this person's work, monitor his/her hours, and have the volunteer return this letter to the court.

NAME OF VOLUNTEER: Shukimba Carlis

QUALITY OF WORK: (Circle one)
Excellent (circled) Good Average Unsatisfactory

***For verification purposes this portion to be filled out by the non-profit organization and must be completed in full:***

Name of non-profit organization: SOLANO-NAPA HABITAT FOR HUMANITY RESTORE

Address: 104 COMMERCE COURT, FAIRFIELD, CA 94534

Telephone No. 707-863-0692

TAX ID # 68-0252525

Name of Supervisor: LYNN ALDERSLEY

Signature of Supervisor: Lynn Aldersley

Telephone No. of Supervisor: 707-863-0692

Thank you for your cooperation.