UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. SOFIA VANESSA HERRERA
Case No. 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT G

## Letter of Mary K. Bryan, LMFT

Letter from Sofia Vanessa Herrera's treating marriage and family therapist regarding her engagement in treatment, coping, and rehabilitation, submitted in support of sentencing under 18 U.S.C. § 3553(a).

**Mary K. Bryan, LMFT**

Marriage and Family Therapist

42 Graylawn Avenue

Petaluma, California 94952

California License # MFT 21232

(415) 455-4771 | (415) 596-4599

marykbryan@gmail.com

September 21, 2026

The Honorable Michelle Williams Court

United States District Court

Central District of California

350 West First Street

Los Angeles, California 90012

**Re: United States v. Sofia Vanessa Herrera**
**Case No. 2:25-cr-00249-MWC-2**

Dear Judge Court:

I am writing in support of my client, Sofia Vanessa Herrera, whom I have treated for more than a year. I am a licensed Marriage and Family Therapist in California, and during the course of our therapeutic relationship I have had the opportunity to observe Ms. Herrera's emotional functioning, coping abilities, personal growth, and response to the significant stress associated with her federal case. I am aware that Ms. Herrera has pleaded guilty to one count of wire fraud in this matter, and my observations and opinions in this letter are made with that knowledge.

Ms. Herrera has been consistent and engaged in treatment. She has demonstrated a willingness to examine difficult circumstances, reflect upon her decisions, and consider the impact that those decisions and this case have had on herself, her family, and others. In my experience with her, she has approached treatment seriously and has been receptive to feedback and therapeutic intervention.

Throughout this period, Ms. Herrera has faced considerable emotional and practical stress. Despite these circumstances, she has continued to maintain her family responsibilities and professional obligations. She has spoken extensively in treatment about the importance of her family, her work, and remaining a productive member of her community. These are meaningful sources of stability and motivation for her.

I have also observed Ms. Herrera make sustained efforts to manage stress in healthier and more constructive ways. She has demonstrated increased self-awareness, improved coping skills, and an ability to seek support appropriately when overwhelmed. In my clinical opinion, continued access to treatment, family support,

employment, and community structure would support the progress she has made and assist her in maintaining long-term stability.

Ms. Herrera's professional identity is particularly meaningful to her. She has dedicated many years to providing behavioral-health services to individuals with significant treatment needs. Her work provides her with structure, purpose, accountability, and a strong connection to the community she serves.

Based upon my therapeutic work with Ms. Herrera, I believe she has substantial strengths and protective factors that support her continued rehabilitation and successful functioning in the community. She has demonstrated a genuine commitment to treatment and to maintaining the progress she has made.

I understand that the Court must consider many factors in determining an appropriate sentence, and I respectfully offer these observations for the Court's consideration. I would encourage a sentence that allows Ms. Herrera, to the extent the Court finds appropriate, to continue participating in treatment, supporting her family, maintaining her employment, and building upon the stability and personal growth I have observed during our work together.

Thank you for considering my observations regarding Ms. Herrera.

Respectfully,

**Mary K. Bryan, LMFT**

California License # MFT 21232

(415) 455-4771 | (415) 596-4599

marykbryan@gmail.com