UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA v. SOFIA VANESSA HERRERA
Case No. 2:25-cr-00249-MWC-2

# DEFENSE EXHIBIT H

## Character Letter of Jazzmin Ballou

Letter from Jazzmin Ballou, daughter of Sofia Vanessa Herrera, describing Ms. Herrera's history as a caregiver and provider and addressing her character, submitted in support of sentencing under 18 U.S.C. § 3553(a).

To whom it may concern;

My name is Jazzmin Ballou and I am writing a character reference for my mother Sofia Herrera who has been a dedicated and loving caregiver, advocate, protector, and nurturer for me and my brother Rian throughout our whole lives. My mother is pleading guilty to 1 count of wire fraud. I feel compelled to write this letter because I don't think anyone can speak as honestly to my mothers character as I can. While she is pleading guilty, I humbly ask that the courts choose to see that she is far from a danger to society, is taking accountability for her mistakes, and should not be sent away.

Throughout my life my relationship with my mother has been up and down, far from perfect and full of its fair share of trials and challenges. Even so, one thing that has never been questionable to me is the brightness of her character. With ease, I can affirm in this letter that my mom is a woman of integrity, selflessness, and care.

To know my mom is to know her honesty. From a young age I knew that my mother would never lie to me, not because she was a bad liar, but because she is a seeker of truths. Her whole career, purpose, and lifestyle in pursuing mental health, social services and holistic care is rooted in a desire and competent capacity to help people understand their inner selves and their own minds. What an admirable quality to support people in finding when far too much of our society instead values cognitive dissonance, avoidance, and all different levels of harm rooted in such habits.

My mom began college when I was eight years old, one short year after leaving her abusive relationship with my father, wherein we all were survivors of his abuse. Even though I was very young I knew when my mom finally left my dad that she was engaging in an act of bravery; an act that took a sense of trust in herself that she did not previously have. The switch in her was instant when she enrolled in community college. She went from my timid, fearful mom, to my passionate, excited mom. She had a lust for life and knowledge that I had not seen in her up to that point. I remember her sharing with me how excited she was to be following her dream of becoming an expert in helping others.

Seeking an accredited education, mi mama went from undergrad at Davis to getting two masters degrees, while still working and raising 2 kids as a single mom. She secured loans, scholarships, and financial support from family, investing money she didn't have into pursuing her life's purpose of social work and mental health.

There were so many nights she stayed up studying after putting us to bed, many lectures and study groups I had to go with her to because she, with my dad in jail and her family in another state, didn't have childcare that day, and likely hundreds more instances of her making everything work at once. I always knew that she did it all for the greater good of being able to provide for her kids and live the life of purposefulness and care that she knew she deserved and that hadn't been modeled for her. The life of purposefulness and care that she knows all people to deserve to have access to.

Today, my mother cares for my sick stepfather, who struggles with his own physical health. Having her away from home and unable to work would cause immense physical and mental stress for my stepdad, Joe, who would need to work during a time where he is experiencing multiple health issues due to his diabetes and previous on-the-job accidents.

Mi mama is in no way a danger to society. She is in fact far too valuable to society to be put away and unable to positively impact the lives of not only my family, but the many people she works with day in and out. I urge you to please consider all that my mom has done to help try to better society by guiding people through their process of discovering healthy coping skills and lifestyles to help them to be the best people they can be. I ask the courts to set a precedent for reducing harm while upholding accountability. There is no logical reason for my mother to go away for a genuine mistake that she made. My mother is taking the appropriate accountability for what we all around her acknowledge to have been a mistake. Even once this case is done she faces potential de-licensing and loss of job stability, making her journey of taking accountability far from over.

I thank you for your time and I once again humbly ask that you make the decision that causes the least harm for all parties involved. Please reach out if you have questions or need anything more from me.

Gratefully,

Jazzmin Ballou
jazzminballou11@gmail.com
(707) 454-9920