UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cr-00249-MWC-1 | Date | November 20, 2026 |

| | |
|---|---|
| Present: The Honorable | Michelle Williams Court, United States District Judge |
| Interpreter | |

| | | |
|---|---|---|
| T. Jackson | CourtSmart | Thi Hoang Ho |
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Shukimba Malik Carlis | X | | X | Ninaz Saffari, Ret. | X | | X |

**Proceedings:** **SENTENCING (WITH TESTIMONY)**

The matter is called. The Court continues the sentencing hearing to Friday, **December 4, 2026**, at 10:00 a.m.

01 : 17

Initials of Deputy Clerk TJ

cc: USPO